Christopher B. Turcotte (CT-0867)
THE LAW OFFICE OF CHRISTOPHER B. TURCOTTE, P.C.
575 Madison Avenue, Suite 1006
New York, New York  10022
(212) 937-8499
*Attorneys for Defendants Chase Bank USA, N.A.,*
*incorrectly named as Chase Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REKHA S. KARIA and NEEL S. KARIA,

                    Plaintiffs,

        - against -

                                                        Case No.  7:18-cv-03703-VB

CAPITAL ONE; CHASE BANK; DISCOVER
CARDS; and AMERICAN EXPRESS,

                    Defendants.

## DECLARATION OF CHRISTOPHER B. TURCOTTE

CHRISTOPHER B. TURCOTTE, pursuant to 28 U.S.C. §1746, declares as follows:

1.      I am a member of The Law Office of Christopher B. Turcotte, P.C., counsel to defendant Chase Bank USA, N.A. ("Chase"), incorrectly sued herein as Chase Bank, in this action.  I submit this declaration in support of Chase's Motion to Dismiss the Complaint as to Chase only pursuant to Fed.R.Civ.P. 12(b)(6).

2.      Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's Summons and Complaint in the instant action, filed on March 1, 2018 in the Supreme Court of the State of New York, County of Kings, Index No. 000475/2018, and removed to this Court on April 26, 2018.

3.      Attached hereto as Exhibit "B" is a true and correct copy of the Order of the Honorable Vincent L. Briccetti, U.S. District Judge for the Southern District of New York,

entered April 27, 2018 and transferring this action to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 3rd day of May, 2018.

_____/s/Christopher B. Turcotte_____
CHRISTOPHER B. TURCOTTE

# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-----------------------------------------------x

          Index No _475_/_2018_

          Date Index No. Purchased

REKHA S KARIA

NEEL S KARIA      Plaintiffs          _03|01|18_

  -against-

                                     <u>SUMMONS</u>

CAPITAL ONE,        Defendant 1
CHASE BANK,        Defendant 2
DISCOVER CARDS,    Defendant 3
AMERICAN EXPRESS  Defendant 4
-----------------------------------------------x

RECEIVED
KINGS COUNTY CLERK
2018 MAR -1  PM 4:56

To the Person Named as Defendant Above:

       PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to answer the complaint of the plaintiffs herein and to serve a copy of answer on the plaintiffs at the address indicated below within 20 days after the service of this summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

       YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.


Dated: FEBRUARY 27TH 2018

1

_Rekha_
Sign Name
_____

Rekha S Karia (Printed)
Plaintiff
PO BOX # 2631
Poughkeepsie,
N.Y. 12601.

_(signature)_
Sign Name
_____

Neel S Karia (Printed)
Plaintiff's Son
PO BOX # 2631
Poughkeepsie,
N.Y. 12601.


Defendant 1 Address <u>PO BOX # 71083, CHAROLETTE, NC 28272 – 1083</u>

Defendant 2 Address <u>285 MAIN STREET, POUGHKEEPSIE, NY 12601</u>

Defendant 3 Address <u>PO BOX # 71084, CHAROLETTE NC 28272 – 1084</u>

Defendant 4 Address <u>PO BOX 297846, FT LAUDERDALE, FL 33329</u>


<u>Venue:</u> Plaintiff's designates COUNTY OF KINGS the place of trial.

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------------------------x

REKHA S KARIA,

NEEL S KARIA.                        Plaintiff's

       -against-

CAPITAL ONE,                         Defendant 1

CHASE BANK,                          Defendant 2

DISCOVER CARDS,                      Defendant 3

AMERICAN EXPRESS                     Defendant 4

-------------------------------------------------------x

<u>COMPLAINT</u>

Index No # 475-2018


## **CAPITAL ONE BANK – PO BOX # 71083, CHAROLETTE, NC 28272 – 1083**

1.    The plaintiff REKHA .S. KARIA had a Checking account with Capital One Bank #1480681408.

2.    The plaintiffs called the Capital One Bank customer service tentatively on around October 31st 2014 to check there was a deposit made into the plaintiffs account.

3.    So the main reason for calling them was "ARE THESE FUNDS AVAILABLE FOR WITHDRAWAL OR TRANSFER". THE OPERATOR SAID "YES".

4.    So on the other hand the plaintiff also has a checking account at TD Bank # 4309058190. So the plaintiff deposited a check #227 from #1480681408 DATED 10/31/14 from her Capital One Bank account to her TD Bank account. "AS PROMISED BY THE OPERATOR of Capital One Bank. THE PLAINTIFF TRANSFERED FUNDS FROM CAPITAL ONE BANK ACCOUNT TO HER TD BANK ACCOUNT BY WRITING THIS CHECK AGAINST THE CAPITAL ONE BANK ACCOUNT.

5.    But to the plaintiffs SURPRISE, the Capital One Check was BOUNCED and TD Bank charged a fee for the same to the plaintiff on 11/04/17. IF THE PLAINTIFF WOULD HAVE KNOWN THE FUNDS WERE NOT AVAILABLE IN THE ACCOUNT ON THE FIRST PLACE THEN WHY WILL IT WRITE A CHECK OR TRANSFER MONEY FOR NO USE GETTING THE CHECK BOUNCED AND THEN CHRGE A FEE BY TD BANK. MAKES NO SENSE. IT IS ONLY AT THE WORDS OF THE CAPITAL ONE BANK OPEARATOR, THAT FUNDS ARE AVAILABLE FOR

WITHDRAWAL, THEN THE PLAINTIFF WRITES A CHECK. CAN CHECK THE RECORDINGS WITH CAPITAL ONE BANK. OR ELSE WHY WILL THE PLAINTIFF DEPOSIT THE CHECK.

5a.    ON 02/25/18 THE PLAINTIFF ALSO GIVES A CALL TO TD BANK AND GETS THE SIMILAR DETAILS ABOUT DEPOSITING A CAPITAL ONE CHECK ON 10/31/14 INTO TD BANK ACCOUNT. CAN FIND IN VIDEO "CAPITAL ONE 1 & CAPITAL ONE 2", RECORDING OF THE PLAINTIFF WITH TD BANK OPERATOR. THIS IS ENOUGH PROOF THAT THE CAPITAL ONE CHECK GOT BOUNCED. BUT THE CAPITAL ONE BANK TOLD THE PLAINTIFF THAT THERE IS SUFFICIENT FUNDS AND CAN WRITE CHECK. REST IS SELF EXPLNANTORY. CAN ALSO CHECK THE RECORDING WITH CAPITAL ONE AROUND 10/31/14, 1 OR 2 DAYS HERE AND THERE TO FIND THE TRUTH.

6.    This is another example of SURVEILLANCE/CONTROL OVER THE PLAINTIFFS BY THE SHERIFF AND THE POLICE. MAKE FALSE PROMISES AND STATEMENTS. THE SHERIFF AND THE POLICE ARE TRAITORS, DO NOT MAKE EVERY ONE LIKE YOU. LEAVE THEM AND ALSO LEAVE US ALONE.

7.    **PRESS CHARGES AGAINST CAPITAL ONE, FOR NEGLIGENCE, MISCONDUCT, BREACH OF DUTY, MISREPRESENTATION OF FACTS, FRAUD, TORT, COMMUNITY POLICING, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, CONSPIRACY.**

8.    **PLACE CHARGES AGAINST SHERIFF OF POUGHKEEPSIE, CITY AND TOWN POLICE OF POUGHKEEPSIE FOR NEGLIGENCE, FRAUD, TORT, MISREPRESENTATION OF FACTS, BREACH OF DUTY, COMMUNITY POLICING, CRIMINAL CONSPIRACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, MALPRACTICE, MISCONDUCT, COERCION** by forcing **CAPITAL ONE BANK** to behave the way they want, **CORRUPTION** for protecting Michael Friedlander the MOTIVE who used to beat the appellant's son on a daily basis at Holey Cream in Manhattan, ALSO charges of **CORRUPTION, MISCONDUCT, NEGLIGENCE** again for promoting and backing **DOMESTIC TERRORISM** in the apartment the appellants live by criminals living upstairs banging round the clock over the head of the appellants. **A PERSONAL PROBLEM OF MICHEAL FRIDLANDER IN WHICH HIS PROBLEM IS EVRYBODY'S PROBLEM, SO THE ENTIRE COMMUNITY IS INVOLVED BY MISUSING THE POWERS OF THE GOVERNMENT FOR PERSONAL USE. THIS IS A PERFECT PLOT TO KILL THE PLAINTIFFS BY ALL MEANS. AN ATTEMPT TO MURDER. A COMPLAINT IS ALSO FILLED FOR THIS AGAINST THEM.**

9.     THE HONORABLE COURT CAN CHECK THE CONVERSATION WITH BOTH THE BANKS CAPITAL ONE AND TD BANK TO FIND THE TRUTH.

10.     "WHY AND WHAT BASIS IS THE SHERIFF AND THE POLICE DOING THIS". MADE OUR LIFE NOT LESS THAN DEATH. THEY ARE EVRY WHERE.

PEOPLE'S UNITED BANK

11.     Sometime back the plaintiff had opened a Checking and Savings account at People's United Bank. As promised was free "FIRST SUPPLY OF CHECK BOOKS"

12.     The plaintiff had again TRANSFERRED SOME MONEY by writing a check from People's United Bank and then depositing the same in her TD Bank checking account.

13.     THINKING THAT THE MONEY IS BEEN TRANSFERRED FROM PEOPLE'S UNITED BANK CHECKING ACCOUNT TO TD CHECKING ACCOUNT.

14.     But to the plaintiffs SURPRISE the People's United Bank CHECK gets BOUNCED and TD Bank charges a fee for the same to the plaintiff.

15.     Now the plaintiffs realize that the CHECKS were for SAVINGS ACCOUNT and NOT CHECKING ACCOUNT.   RIDICULOUS. WHO USES CHECKS FOR SAVINGS ACCOUNT.

16.     DID THE CUSTOMER/PLAINTIFF SPECIFY ANYTHING IN PARTICULAR THAT SHE NEEDS CHECK BOOK FOR SAVINGS ACCOUNT.

17.     THANKS TO THE SHERIFF AND THE POLICE.

18.     Later when asked by the plaintiff to the People's United Bank what about the fees charged by TD Bank, they reimbursed it. But still cannot OVERLOOK what they have done.

19.     The plaintiffs place charges of INVASION OF PRIVACY against the Sheriff of Poughkeepsie and the Police be it Town and City as far as the Financial Institutions are concerned. ALSO ON WHAT BASIS? POWER OF THE UNIFORM. ABUSE.

19a.   **PLACE CHARGES AGAINST SHERIFF OF POUGHKEEPSIE, CITY AND TOWN POLICE OF POUGHKEEPSIE FOR NEGLIGENCE, FRAUD, TORT, MISREPRESENTATION OF FACTS, BREACH OF DUTY, COMMUNITY POLICING, CRIMINAL CONSPIRACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, MALPRACTICE, MISCONDUCT, COERCION** by forcing **PEOPLE'S UNITED BANK** to behave the way they want, **CORRUPTION** for protecting Michael Friedlander the MOTIVE who used to beat the appellant's son on a daily basis at Holey Cream in Manhattan, ALSO charges of **CORRUPTION, MISCONDUCT, NEGLIGENCE** again for promoting and backing **DOMESTIC TERRORISM** in the apartment the appellants live by criminals living upstairs banging round the clock over the head of the appellants. **A PERSONAL PROBLEM OF MICHEAL FRIDLANDER IN WHICH HIS PROBLEM IS EVRYBODY'S PROBLEM, SO THE ENTIRE COMMUNITY IS INVOLVED BY MISUSING THE POWERS OF THE GOVERNMENT FOR PERSONAL USE. THIS IS A PERFECT PLOT TO KILL THE PLAINTIFFS BY ALL MEANS. AN ATTEMPT TO MURDER. A COMPLAINT IS ALSO FILLED FOR THIS AGAINST THEM.**

## CHASE CARD SERVICES – COMPLAINT FOR STEVEN A KOCH # 285 MAIN STREET, POUGHKEEPSIE, NY 12601 AND BANK CUTOMER SERVICE OVER THE PHONE

## MARCH 7TH 2017 (03/07/17)

20.    The plaintiff opens a credit card account at 285 Main St, Poughkeepsie, NY 12601 with Steven A Koch, Officer Private Client Banker, NMLS IF : 624153.

21.    The plaintiff Rekha S Karia is a stroke patient and is sitting on a wheelchair. The plaintiffs son Neel S Karia assists her with her needs is also present and along with the plaintiff.

22.    The plaintiff would like to bring into attention, RED FLAG #1 while asking details from the plaintiff say mothers maiden name and so on, STEVEN A KOCH specified a name "SHISHIR".

23.    The plaintiff files charges of COMMUNITY POLICING, INVASION OF PRIVACY, SPYING against STEVEN A KOCH.

24.    Also similar charges against the Sheriff of Poughkeepsie, City and Town Police along with charges of CORRUPTION for protecting a criminal like Michael Friedlander whonused to beat the plaintiffs son on a daily basis, is the only MOTIVE why there is SURVEILLANCE over the plaintiffs by the Sheriff and Police, COERCION for forcing the banker to behave the way they want and giving him PERSONAL INFORMATION about the plaintiff WHICH IS IRRELEVANT WITH THE CREDIT CARD OPENING.

25.    Shishir Meshram is the husband of Sonia Meshram.  Sonia Meshram is the daughter of the plaintiff. She works at the Horace Harding Expressway Chase Branch in Queens as a Personal Banker.

26.    WHY DOES STEVEN KOCH TAKES THE NAME "SHISHIR". THATS ALL THE PLAINTIFFS WANTS TO KNOW.

27.    The plaintiff or his son never specified any personal information as to the plaintiffs daughter working at Chase and how her husband has any connection with plaintiffs applying for a credit card.

28.    The SHERIFF, CITY, TOWN POLICE ALONG WITH MICHAEL FRIEDLANDER OF MANHATTAN THE NYPD IS HIS SERVANT HAS RUINED THE PLAINTIFFS FAMILY. THEY ARE BEEN BROUGHT TO POUGHKEEPSIE WITH A PLOT TO KILL THEM IN THE APARTMENT THEY ARE LIVING WHERE CONSTANTLY UPSTAIRS NEIGHBORS ARE BANGING ROUND THE CLOCK, THE CEILING HAS FALLEN ON THE PLAINTIFF, MULTIPLE THEFTS AND SO ON. CAN REFER TO THE COMPLAINT AGAINST THE SHERIFF AND THE POLICE.

29.    Above all the plaintiffs daughter. Now this is the TRUTH. The plaintiff is happy for her daughter's future. But the ugly truth is she has come home in Poughkeepsie where the plaintiffs lives and has beaten up the plaintiffs son multiple times in front of the plaintiff who is a stroke patient and happens to be her mother.

30.    Every trip she has made A TOWN PRECINCT POLICE CAR IS WAITING OUTSIDE THE APARTMENT 7 N GRAND AVE. So the Sheriff, police and Michael Friedlander are behind her to instigate her to come and beat the plaintiffs son as Michael Friedlander used to beat and

torture the plaintiffs son on DAILY BASIS. So to save MICHAEL FRIEDLANDER the sister Sonia Meshram has crossed all her LIMITS.

31.    While living in Queens once when Sonia Meshram had called up the plaintiff her mother she was asking" Mummy is Neel BEATING YOU". The plaintiffs son overheard it and felt so bad.

32.    Michael Friedlander is behind all this. This an attempt to save him from the crime of beating and torturing the plaintiffs son on a daily basis and then tell him he is mentally ill.

33.    The plaintiffs asked Officer Koch to deliver the card at the BRANCH and the customer will pick it up. But officer Koch says we do NOT deliver card at the BRANCH. But when the plaintiff's son working a Citibank a customer can pick up REQUEST the card to be delivered at the BRANCH. (Since the plaintiffs are having THEFT OF THEIR MAILS).

## APRIL 6TH 2017 (04/06/17) – CHASE CUSTOMER SERVICE

34.    The plaintiffs never received the credit card applied with officer Koch on 03/07/17. So the plaintiffs gives a call to Chase Customer Service to check as to why such delay.

35.    The plaintiffs realize according to the Chase Customer Service Associate who informs the plaintiffs that while VERIFYING the address on the card DOES NOT MATCH with the address provided by the plaintiffs which is 7 N GRAND AVE, APT 1 REAR, POUGHKEEPSIE, NY 12603.

36.    But this is the same address the plaintiffs had GIVEN and also is the SAME ADDRESS on the DMV ID given by the plaintiffs to Officer Koch on 03/07/17.

37.    The plaintiff place charges of MISCONDUCT, NEGLIGENCE, TORT, FRAUD, THEFT, MISREPRESENTATION AND COMMUNITY POLICING against CHASE CREDIT CARDS for the same.

38.    Also the plaintiff says why DOES NOT HAVE THE RIGHT TO KNOW ITS OWN ADDRESS ON FILE. He says NO it is our policy. Thus DENYING the plaintiff its RIGHT TO ITS OWN ACCOUNT. Also means that he has FAILED to VERIFY the customer as he thinks is a CONPERSON and NOT THE ACCOUNTHOLDER over the line. But whereas on the

CONTRARY the plaintiff has given all the personal details needed TO BE VERIFIED AS A CUSTOMER.

39.    The plaintiffs place charges of DISCRIMINATION, MISCONDUCT, NEGLIGENCE, TORT, FRAUD, THEFT, MISREPRESENTATION AND COMMUNITY POLICING against CHASE CREDIT CARDS for the same.

40.    Then at many occasions while in conversation with the customer associate, he insisted at many occasions to change the address on the card #6452 an EXISTING credit card with CHASE. SUSPICIOUS ACTIVITY as the plaintiff's address on the NEW card DOES NOT MATCH with the address ON FILE. As the address ON FILE for this card #6452 is 7 N GRAND AVE, #1, POUGHKEEPSIE, NY 12603 IS THE SAME ADDRESS GIVEN TO OFFICER KOCH FOR NEW CARD. WHY IS A NEED TO ASK AGAIN AND AGAIN TO CHANGE ADDRESS OF THE OTHER EXISTING CARD #6452.

41.    The plaintiffs place charges of MISREPRESENTATION OF FACTS, FRAUD, TORT, NEGLIGENCE, MISCONDUCT AND CONSPIRACY against CHASE CARD SERVICES for the same.

42.    Then updating the new card address with the SAME ADDRESS given to OFFICER KOCH which is 7 N GRAND AVE, #1 REAR, POUGHKEEPSIE NY 12603.

43.    Then the Customer Associate says will ship the new card by UPS. But the plaintiff told the associate that previously UPS said "THERE IS NO SUCH RECEIVER AT THIS ADRESS". ALSO A CASE IS BEEN FILED AGAINST UPS FOR THE SAME. EVERY MONTH UPS DELIVERS BOXES BUT ALL OF A SUDDEN SAYS NO SUCH RECEIVER. SHERIFF AND THE POLICE INVOLVEMENT. CAN REFER TO THE UPS CASE IT IS SIMILAR TO CASE OF COERCION AND COMMUNITY POLICING LIKE CHASE CARD SERVICES.

44.    So then the plaintiffs had to give their POST BOX ADDRESS to the customer associate. He then says THIS IS THE SAME ADDRESS ON FILE. So it means that Chase Card Services have the PO BOX ADDRESS ON FILE and NOT the address given to OFFICER KOCH which is 7 N GRAND AVE #1 REAR.

45.    The plaintiffs press charges of FRAUD, THEFT, MISREPRESENTATION OF FACTS, TORT, LIES, NEGLIGENCE AND MISCONDUCT. Since this is not the address the plaintiff had given to Officer Koch. Also had given the identification card with 7 N GRAND AVE ADDRESS. Can check it since have it on file with Officer Koch.

46.     So now the Customer Associate says "THIS IS THE SAME ADDRESS ON FILE". Why now. Earlier he says 'IT IS OUR POLICY WE CANNOT REVEAL IT TO YOU".

47.     So also until now he was not able to VERIFY the customer. Now he is able to share the information with the customer. There are "101 WAYS TO VERIFY THE CUSTOMER". The plaintiff's son has worked at Citibank, so please do not tell that you cannot share information with the customer, which means that the customer associate is not able to share personal information until now since he has not VERIFIED the customer but is ready to ship the card at the same time.

48.     The plaintiff press charges of NEGLIGENCE, LACK OF KNOWLEDGE OF PROCEDURES, MISCONDUCT, MISREPRESENTATION OF FACTS, TORT AND LIES.

29.     Then the associate also says in CHASE 21 "HAVE UPDATED THE NEW ADDRESS". But how update the address, since SAME ADDRESS on file.

50.     The plaintiff press charges of NEGLIGENCE, FRAUD, LACK OF KNOWLEDGE OF PROCEDURES, MISCONDUCT, MISREPRESENTATION OF FACTS, TORT AND LIES.

51.     Please refer to recording of conversation with this Customer Associate and the plaintiff from "CHASE 1 thru CASE 23". Also the Honorable Court can get the entire recordings from Chase Card Services.


ANOTHER LADY CUSTOMER ASSOCIATE TO FILE COMPLAINT

52.     The plaintiff says show the ID that is on file with the Officer Koch. As this is not the same address the plaintiff has given.

53.     "REPETETIVE BEHAVIOR" in "CHASE 24" where again the customer associate is ASKING ABOUT THE ADDRESS FOR ANOTHER EXISITING CARD #6452 TO BE CHANGED TO PO BOX. WHY STRESS AND FORCE ON THIS POINT AGAIN AND AGAIN.

54.     The TRUTH is in front of the Honorable Court since this OLD EXISTING CARD #6452 has the same address 7 N GRAND AVE on FILE which is the SAME ADDRESS the plaintiff gave to Officer Koch for NEW CARD. So how Officer Koch has PO BOX address for NEW CARD which is still NOT RECEIVED and NOT ACTIVATED.

55.    Again the plaintiff presses charges of CONSPIRACY, FRAUD, THEFT, MISREPRESENTATION OF FACTS, TORT, NEGLIGENCE AND LIES. THIS IS DONE ON A PURPOSE AND INTENTIONALLY BY THE CHASE CARD SERVICES.

56.    In "CHASE 25", then again tries to change the TOPIC by saying the Banker was rude. Yes, the tellers were rude as the plaintiffs wanted some change and say need to have bank account. But that's not the matter. Why is the address not the same?

57.    Again the plaintiffs press charges of CONSPIRACY, FRAUD, THEFT, MISREPRESENTATION OF FACTS, TORT, NEGLIGENCE AND LIES against CHASE CARD SERVICES.

58.    In "CHASE 26, 27" she says "THIS COMPLSINT IS FOR OUR USE ONLY". This is not a service issue but FRAUD AND THEFT OF PERSONAL INFORMATION. Just see the way she is trying to change the TOPIC again. Also the plaintiff has not shared this information with the other card # 6452.

59.    Again the plaintiffs press charges of CONSPIRACY, INVASION OF PRIVACY, FRAUD, THEFT, MISREPRESENTATION OF FACTS, TORT, NEGLIGENCE AND LIES against CHASE CARD SERVICES.

60.    In "CHASE 28", the Card Services should have tools and mechanism to against the employees. This is STEALING, BREACH OF SECURITY. Say keep it to yourself and do not do anything to the employee. This is all in front of the Honorable Court.

61.    Then she says the "POST OFFICE WOULD LET US KNOW".

62.    Firstly, the customer associate earlier said "THIS ADDRESS IS NOT THE SAME AS ON FILE AND NEVER SPECIFIED ANYTHING REGARDING THE POST OFFICE".

63.    Again press charges of CONSPIRACY, INVASION OF PRIVACY, FRAUD, THEFT, MISREPRESENTATION OF FACTS, TORT, NEGLIGENCE AND LIES against CHASE CARD SERVICES.

64.    Secondly, how can a BANK UPDATE the address on a card, a) A NEW CARD, b) THAT IS NOT STILL RECEIVED BY THE CUSTOMER, c) NEW CARD IS NOT ACTIVATED STILL, d) EXISTING CARD #6452 ADDRESS NOT UPDATED. THE BANKING PROCEURES, CUSTOMER SAFETY AND PRIVACY GOES FOR A TOSS.

65.    SO THE ADDRESS IS UPDATED FOR THE NEW CARD THAT IS NOT ACTIVATED, NOT IN USE, NOT EXISTING STILL BUT NOT UPDATED FOR THE EXISTING ACTIVATED CARD#

<u>6452</u>. THERE IS NO QUESTION THAT A NEW CARD WOULD BE UPDATED WITH THIS CURRENT SCENARIO. HOW DOES THE HONORABLE COURT BELIEVE THIS COOKED UP STORY. JUST SEE THE WAY IT IS PROCEEDING.

66.    WHAT ARE YOU ARE YOU A BANK OR A FRAUDSTER. YOU KNOW YOUR REPUTATION. WHO IS RESPONSIBLE FOR THE SUBPRIME MORTGAGE CRISIS?

67.    Again press charges of BREACH OF SECURITY, CONSPIRACY, INVASION OF PRIVACY, FRAUD, THEFT, MISREPRESENTATION OF FACTS, TORT, NEGLIGENCE AND LIES against CHASE CARD SERVICES.

68.    Please refer to recording of conversation with this Lady Customer Associate and the plaintiff from "<u>CHASE 22 thru CASE 28</u>". Also the Honorable Court can get the entire recordings from Chase Card Services.

MORE FRAUDULENT ACTIVITIES

69.    "<u>CHASE 29</u>", can see this NEW card received #1951 which was applied with Officer Koch by the plaintiff on 03/07/17. Also can see the address is 7 N GRAND AVE, #1, POUGHKEEPSIE, NY 12603. This is what the plaintiff had given. THIS IS WHT IT IS ALL ABOUT. HOW DOES THE ADDRRES CHANGE TO PO BOX? (The plaintiff went to the Post Office to collect this mails on 04/11/17 as this picture is taken on 04/12/17. Can check it. Todays phone call date is 04/06/17.)

70.    Again press charges of BREACH OF SECURITY, CONSPIRACY, INVASION OF PRIVACY, FRAUD, THEFT, MISREPRESENTATION OF FACTS, TORT, NEGLIGENCE AND LIES against CHASE CARD SERVICES.

71.    Also can see as the card was applied on 03/07/17 and received by the post office on as seen on the FORWARDING LABEL 03/27/17. So it takes ONLY 20 DAYS for the new card to arrive. 2-3 days is expected delivery time. The reason for sharing this information is because the plaintiff has filled a case against the USPS for the SAME, LATE DELIVERY, MOST OF THE BILLS DO NOT SHOW UP AND EVEN IF SHOW UP ARE LATE OR AFTER DUE DATE. The plaintiff has to take VIDEO of every visit to the post office to get mails from POST BOX. DO CHASE CARD SERVICES THINK THE PLAINTIFFS LIKES DOING THIS. GETTING MAILS ON TIME IS A CONSTITUTIONAL RIGHT. <u>EXAMPLE 1</u>

72.    SIMILARLY along with the USPS a case has been filled against the Sheriff of Poughkeepsie, Town and City precinct of Poughkeepsie for MISCONDUCT, NEGLIGENCE as far as the apartment the plaintiff is living for SUPPORTING THE UPSTAIRS NEIGHBORS #2 BY

POUNDING OVER THE PLAINTIFFS SON AND THEN TELLING HIM HE IS MENTALLY ILL TO HIDE THE MATTER AND SO ON. NOW HAVE ENOUH PROOFS. AS THEY ARE CONTINUOSLY BANGING ROUND THE CLOCK, THE CEILING FELL TWICE ONCE ON THE PLAINTIFF, POURING WATER FROM CEILING, HAVE MICRPHONES IN THE APARTMENT, MULTIPLE THEFTS AND BREAK INS AND SO ON HAVE AT LEAST 500 CHARGES. ATTEMPT TO MURDER, A PLOT TO KILL THE PLAINTIFFS IN THEIR APARTMENT.

73.    So similarly USPS also ACTS AT THE INSTRUCTIONS OF THE ABOVE MENTIONED PEOPLE IN UNIFORM JUST LIKE CHASE CARD SERVICS.

74.    "CHASE 30", can see ANOTHER NEW CARD shipped out by the customer associate at PO BOX 2631, POUGHKEEPSIE, NY 12603. So what happened with the previous card address 7 N GRAND AVE.

75.    Again press charges of BREACH OF SECURITY, CONSPIRACY, INVASION OF PRIVACY, FRAUD, THEFT, MISREPRESENTATION OF FACTS, TORT, NEGLIGENCE AND LIES against CHASE CARD SERVICES.

76.    "CHASE 31", can see this letter to increase the credit line for the existing card # 6452 which has the 7 N GRAND AVE address STILL AND NOT UPDATED.

77.    Also can see the date of letter mailed is March 2nd 2017 on the top of the page "Current Credit Line AS OF 03/02/17". Then OFFER ENDS on April 5th 2017. Can also see the date on the FORWARDING LABEL is 03/29/17 which is March 29th 2017.

78.    Received by Post Office on 03/29/17 after 27 DAYS OF MAILING DATE of 03/02/17 and BEFORE 7 DAYS OF THE OFFER END DATE which is 04/05/17. ANOTHER EXAMPLE OF NEGLIGENCE BY USPS. Example #2. ALSO IN PROCESS OF FILLING A COMPLAINT AGAINST USPS, SHERIFF AND THE POLICE OF POUGHKEEPSIE.

DO NOT RECEIVE BILLS FOR AT PO BOX FOR CHASE CARD# 6452

79.    The plaintiff opened the PO BOX on 02/15/17 as their mails were been stolen by upstairs criminals (neighbors) and then have not received ANY CHASE CREDIT CARD BILLS. Can see as follows.

80.    "CHASE 32" on is the trip to POST BOX 02/21/17 can see NO MAILS, "CHASE 33" on 02/23/17 AGAIN NO MAILS. (USPS IS HOLDING AND STEALING MAILS). "CHASE 34" is the trip to POST BOX on 03/03/17. HAVE YOU EVER SEEN A VIDEO CAMERA FOR EVERY TRIP

TO THE POST OFFICE. THIS IS DEATH. JUST LIKE USPS EVEN CHASE BANK IS ALSO BEHAVING AT THE ORDERS OF THE SHERFF AND THE POLICE OF POUGHKEEPSIE.

81.   Similarly, "CHASE 35" on 03/10/17 can see CHASE INVITATION TO OPEN AN ACCOUNT AT NEW PO BOX ADDRESS. HOW IS THIS POSSIBLE WHEN THE PLAINTIFF HAVE NOT RECEIVED BILLS FROM CHASE OR ANY OTHER CARD COMPANIE'S? HOW IS CHASE NOTIFIED IF AT ALL BY THE POST OFFICE ABOUT THIS PO BOX EVEN WITHOUT RECEVING ANY BILLS FROM CHASE. HOW POST OFFICE KNOWS WHAT CARDS THE PLAINTIFF HAS FROM WHICH CARD COMPANIES EVEN WITHOUT RECEIVING THE MAILS FROM CARD COMPANIES. This INVITATION mentions OUR NEIGHBORS AND NOT THE PLAINTIFF'S NAME....So it is sent RANDOMLY by Chase, but this is a form of marketing where Chase will have Personal Financial details about the plaintiff. WHICH PROVES THIS IS NOT AN ADDRESS UPDATE GIVEN TO CHASE BY THE USPS. WHY ONLY CHASE INVITATION AND NO OTHER CARD BILLS, SUSPICIOUS ACTIVITY. ALSO THE PLAINTIFF OPENED THE NEW CARD AT THE BRANCH WITH OFFICE KOCH ON 03/07/17. SUSPICOUS ACTIVITY. NEED MORE INVESTGATION ON THIS PLEASE. IT MEANS USPS IS HOLDING AND STEALING MAILS. ANOTHER PROOF. THIS IS A RACKET.

82.   Place charges against the Sheriff of Poughkeepsie, Town and City Police for CONSPIRACY, COMMUNITY POLICING, COERCION for forcing the post office to follow instructions from them, MISCONDUCT, NEGLIGENCE AND CORRUPTION for protecting Michael Friedlander who used to beat and torture the plaintiff's son on a daily basis in Manhattan at his workplace Holey Cream. NYPD BELONGS TO HIM. HE IS THE MOTIVE FOR SUCH COMMUNITY POLICING. TO SAVE HIM FROM HIS CRIME THE ENTIRE SOCIETY IS AT STAKE. OR ELSE WHY IS THE POLICE SURVEILANCE OVER THE PLAINTIFF'S.

83.   Then "CHASE 36" on 0/3/21/17.

84.   "CHASE 37, 37a" on 04/04/17 can see Chase Private Client Envelope sent with the car registration sticker to the plaintiff from her daughter Sonia Meshram as mentioned above who works at Chase Bank, 187-08, Horace Harding Expressway, Fresh Meadows, NY 11365 as a Personal Banker. She does not know about the plaintiff's NEW PO BOX ADDRESS.

85.   Then can see another envelope from Chase stating "TIME SENSITIVE" which is the SAME as shown and mentioned in "CHASE 31". Can refer to it for more details.

86.   Then can also see again AN INVITAION BY CHASE at NEW PO BOX ADDRESS. So why not the above at NEW PO BOX ADDRESS as mentioned in CHASE 31 which still has 7 N GRAND AVE ADDRESS. This INVITATION mentions OUR NEIGHBORS....So it is sent

RANDOMLY by Chase, but this is a form of marketing where Chase will have Personal Financial details about the plaintiff. THIS IS SUPICIOUS AS MENTIONED EARLIER BECAUSE RECEIVED ONLY THIS INVITATION AS MENTIONED EARLIER IN CHASE 35 AS WHY ONLY RECEIVE THIS FROM CHASE BANK AND WHY NO BILLS FROM CHASE #6452 AND OTHER CREDIT CARD COMPANIES. NEED MORE INVESTGATION ON THIS PLEASE.

87.    Not also by providing the VIDEOS of the 20 odd trips or so to the post office by the plaintiff, but these 3 examples are enough to prove the manner in which the mails of the plaintiff's mails are been handled.

88.    So the honorable Court still believes that the address for the NEW CARD which is NOT ACTIVATED, NOT RECEIVED is UPDATED BY THE POST OFFICE "IN NO TIME" WHICH IS IMPOSIBLE ALSO ACCORDING TO THE BANKING PROCEDURES and just keeping in mind the above 3 EXAMPLES OF THE WAY THE USPS HANDLES THE PLAINTIFFS MAILS whereas another card# 6452 address is NOT UPDATED. Also the NEW CARD was received at 7 N GRAND AVE address given by the plaintiff to Officer Koch and NOT ON THE ADDRESS ON FILE which is POST BOX ADDRESS. THIS IS A CONSPIRACY.

89.    Also at MULTPLE OCASSIONS, BOTH the customer associate of Chase Card Services is PROMPTING, FORCING, STRESSING THE CUSTOMER AGAIN AND AGAIN to UPDATE the address on the existing card # 6452. ANOTHER RED FLAG OF A CONSPIRACY.

90.    "CHASE 38,39" is the recording when the plaintiff gives a call to Chase Card Services to check if they are sending mails as have not received none from them. Also due to the upstairs criminals stealing mails. So the Customer Associate says the mails are BEEN SENT. Then on 02/15/17 the plaintiff open the NEW PO BOX. As seen above the plaintiff's have not received Chase Credit Card bill #6452. Which proves "USPS GUILT OF STEALING MAILS".

91.    So after having received the card at 7 N GRAND AVE address which means the customer associate is MISLEADING the plaintiff by saying this "ADDRESS IS NOT ON FILE". So why the customer associate cannot see on which "ADDRESS THE CARD IS SHIPPED". THIS AND THE ENTIRE CONVERSATION WITH BOTH THE CUSTOMER ASSOCIATE PROVES THAT THEY ARE ACTING AT THE INSTRUCTIONS OF THE SHERIFF AND THE POLICE. JUST LIKE IN THE CASE OF USPS.

92.    As far as Officer Koch is concerned WHY DOES HE TALK ABOUT "SHISHIR", who is the plaintiff's son in law. Husband of Sonia S Meshram who works at Chase as mentioned above. The plaintiff never told them that her daughter works at Chase. So HOW KOCH HAS THIS PERSONAL INFORMATION. POLICE AND THE SHERIFF. THE ENTIRE COMPLAINT IS

FILLED WITH USPS, UPS, DOCTORS, ATTORNEYS, STORE OWNERS, GAS STATION, CARD COMPANIES NOT DOING THEIR JOBS RIGHT AND ACTING ON THE INSTUCTIONS OF THE PEOPLE IN UNIFORM AS MENTIONED ABOVE. AS HAVE ALL DETAILS ABOUT THE PLAINTIFF. ANOTHER PROOF OF COMMUNITY POLICING AND CONSPIRACY. SO CHASE BANK OR CHASE CARD SERVICES IS NOT THE ONLY ONE.

93.    The plaintiff press charges against the Sheriff of Poughkeepsie, Town and City Police for CONSPIRACY, COMMUNITY POLICING, COERCION for forcing OFFICER KOCH AND 2 CUSTOMER ASSOCIATES OVER THE PHONE to follow instructions from them, MISCONDUCT, NEGLIGENCE AND CORRUPTION for protecting Michael Friedlander who used to beat and torture the plaintiff's son on a daily basis in Manhattan at his workplace Holey Cream. NYPD BELONGS TO HIM. HE IS THE MOTIVE FOR SUCH COMMUNITY POLICING. TO SAVE HIM FROM HIS CRIME THE ENTIRE SOCIETY IS AT STAKE. OR ELSE WHY IS THE POLICE SURVEILANCE OVER THE PLAINTIFF'S.

94.    CAN ALSO REFER TO THE COMPLAINT FILLED BY THE PLAINTIFFS AGAINST THE SHERIFF OF POUGHKEEPSIE, CITY AND TOWN POLICE WHICH IS ANOTHER PROOF OF THEIR INVOLVMENT WITH CHASE CARD SERVICES.

JUNE 26TH 2017 (06/26/17)

95.    "CHASE 40" can hear the customer associate is saying #1553. Account on file to make bill payment every month. But the plaintiff have never given this account number anytime. HAVE ONLY ACCOUNT # 430 905 8190 FROM TD BANK. Every month money is paid to Chase Cards from this account.

96.    The Honorable Court Can check the HISTORY OR SUMMARY OF PAYMENTS FROM CHASE CARD SERVICES IF NEEDED. Also likewise from TD BANK also.

97.    "CHASE 41", can hear the plaintiff has other account #7755 from People's United Bank which is a checking account. Also another savings account # 4440 for which by mistake a check book was given by the bank, but checks not in use anymore. Also the plaintiff has never given this account number for bill payments anytime. But still does not know anything about #1553. Then let the customer associate know to deposit the money in the #8190 which is on file BUT NATURAL. These are rewards money being deposited into the account. ANOTHER PROOF THAT THIS IS THE ONLY ACCOUNT ON FILE AND IN USE AND NOT #1553.

98.    Press charges of CONSPIRACY, INVASION OF PRIVACY, FRAUD, THEFT, MISREPRESENTATION OF FACTS, TORT, NEGLIGENCE, LIES and COMMUNITY POLICING against CHASE CARD SERVICES.

99.    Place above similar charges against the Sheriff of Poughkeepsie, Town and City Police along with charges of CONSPIRACY, COMMUNITY POLICING, COERCION for forcing the Chase Card Services to follow instructions from them, MISCONDUCT, NEGLIGENCE AND CORRUPTION for protecting Michael Friedlander who used to beat and torture the plaintiff's son on a daily basis in Manhattan at his workplace Holey Cream. COMMUNITY POLICING. TO SAVE HIM FROM HIS CRIME THE ENTIRE SOCIETY IS AT STAKE. OR ELSE WHY IS THE POLICE SURVEILANCE OVER THE PLAINTIFF'S.

100.    "CHASE 42", can hear the plaintiff asking if is any other user by the name of SHISHIR. The customer associate says for this card #9182, Rekha S Karia is Primary Account holder and Neel S Karia is Authorized User and there is NO SUCH USER AS "SHISHIR" ON FILE.

101.    The reason for asking this question is just because of the above account #1553 which the plaintiff has not given to Chase anytime and Secondly most importantly because Officer Koch while opening this card specified SHISHIR looking at the computer screen. The plaintiff did not record this thinking that her daughter works for Chase as well AND MORE IMPORTANTLY IS THANKFUL TO CHASE. But never ever specified about the daughter working at Chase to Officer Koch. So why he has personal details of the plaintiff. HOW DARE HE HAS THIS INFORMATION.

102.    Firstly Officer Koch uttering name SHISHIR who is the husband of the plaintiff's daughter Sonia Meshram who works at Chase as mentioned above, Secondly WRONG PO BOX address on file though belonging to the plaintiff but the plaintiff never shared this address and now Thirdly this incident of account #1553 on file. WHAT IS ALL THIS. NUISANCE. THE PESONAL INFORMATION OF THE PLAINTIFF IS BEEN LEAKED, ABUSED AND MADE PUBLIC. THANKS TO THE SHERIFF AND THE POLICE. RUINED THE FAMILY OF THE PLAINTIFF.

103.    CHASE BANK SHOULD KNOW THIS. Since Sonia Meshram is their employee so CHASE has all the RIGHT to know about the WELLBEING BEING of her family. IT IS ALL OPEN IN FRONT OF YOU. PLEASE REFER TO CASE FILED AGAINST THE SHERIFF AND POLICE FOR THE TRUTH, "A PLOT TO KILL THE PLAINTIFFS IN THE APARTMENT". LACK OF WISE PEOPLE SURROUNDING SONIA MESHRAM. SHE DOES NOT KNOW WHAT SHE IS DOING. THIS IS THE BEST WAY TO MAKE HER UNDERSTAND OR ELSE SHE IS OUT OF CONTROL.

104.   PRESS CHARGES AGAINST CHASE CARD SERVICES, FOR NEGLIGENCE, BREACH OF DUTY, MISREPRESENTATION OF FACTS, FRAUD, TORT, COMMUNITY POLICING, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, CONSPIRACY, ATTEMPT TO MURDER AND MALPRACTICE.

105.   PLACE CHARGES AGAINST SHERIFF OF POUGHKEEPSIE, CITY AND TOWN POLICE OF POUGHKEEPSIE FOR NEGLIGENCE, FRAUD, TORT, MISREPRESENTATION OF FACTS, BREACH OF DUTY, COMMUNITY POLICING, CRIMINAL CONSPIRACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, MALPRACTICE, MISCONDUCT, COERCION by forcing CHASE CARD SERVICES to behave the way they want, CORRUPTION for protecting Michael Friedlander the MOTIVE who used to beat the appellant's son on a daily basis at Holey Cream in Manhattan, ALSO charges of CORRUPTION, MISCONDUCT, NEGLIGENCE again for promoting and backing DOMESTIC TERRORISM in the apartment the appellants live by criminals living upstairs banging round the clock over the head of the appellants, break in multiple times.... A PERSONAL PROBLEM OF MICHEAL FRIDLANDER IN WHICH HIS PROBLEM IS EVRYBODY'S PROBLEM, SO THE ENTIRE COMMUNITY IS INVOLVED BY MISUSING THE POWERS OF THE GOVERNMENT FOR PERSONAL USE. A PERSONAL PROBLEM OF MICHEAL FRIDLANDER IN WHICH HIS PROBLEM IS EVRYBODY'S PROBLEM, SO THE ENTIRE COMMUNITY IS INVOLVED BY MISUSING THE POWERS OF THE GOVERNMENT FOR PERSONAL USE. THIS IS A PERFECT PLOT TO KILL THE PLAINTIFFS BY ALL MEANS. AN ATTEMPT TO MURDER. A COMPLAINT IS ALSO FILLED FOR THIS AGAINST THEM.

## DISCOVER CREDIT CARD – PO BOX # 71084, CHAROLETTE NC 28272 - 1084

## OCTOBER 3, 2017 (10/03/17)

106.   THE PLAINTIFF REKHA .S. KARIA GOT MANY CALLS ALMOST ON A DAILY BASIS, BUT GO TO VOICEMAIL. BUT THEN ON 10/03/17 THE CUSTOMER ASSOCIATE INFORMS THE PLAINTIFF THAT THE SEPTEMBER 13TH PAYMENT (09/13/17) AS HEAR IN "DISCOVER 1". ALSO THE PLAINTIFF SAYS THAT THE PAYMENT IS ALREADY BEEN MADE.

107.   THEN THE CUSTOMER ASSOCIATE INFORMS THE LAST PAYMENT RECEIVED BY THE PLAINTIFFS WAS ON AUGUST 13TH (08/13/17), AS CAN HEAR IN "DISCOVER 2".

108.   IN "DISCOVER 3" THE PLAINTIFF INFORMS THAT THE PAYMENT IS ALREADY MADE ON SEPTEMBER 13TH FOR THE AMOUNT OF $37.00. CARD BALANCE BEFORE MAKING THE

PAYMENT WAS $1696.81 AND AFTER THE PAYMENT OF $37.00 THE BALANCE REMAINING IS $1659.81. THE PAYMENT CONFIRMATION IS #12121002.

109.    IN "DISCOVER 4" THE PLAINTIFF SAYS THEY ARE IN THE PROCESS OF FILLING A CASE AGAINST THE UNITED STATES POSTAL SERVICE, THE POUGHKEEPSIE POLICE. WILL ALSO GO AND CHECK WITH THE BANK.

## AUGUST 2017 PAYMENT

110.    HAVING SAID THAT, THE PLAINTIFF HAS A COPY OF NOTES THAT THE PLAINTIFF WRITES AFTER MAKING EVERY PAYMENT. MORE IMPORTANTLY THE PLAINTIFF STARTS THE PAYMENT FOR ALL THE CREDIT CARDS BY MAKING THE PAYMENT OF DISCOVER CARD FIRST EVERYTIME. SO "DISCOVER 5" IS THE COPY OF NOTES FOR THE PAYMENTS MADE IN THE MONTH OF **AUGUST**. FIRST CARD IS DISCOVER 7207 MAKING A PAYMENT OF $37.00, THEN THE BALANCE IS $1696.81 THE PAYMENT CONFIRMATION NUMBER IS #1212100. CAN ALSO SEE IN THE NOTES THE PAYMENT FOR OTHER CARDS.

111.    "DISCOVER 6" IS A COPY OF TD BANK STATEMENT FOR THE PAYMENT MADE FOR THE MONTH OF AUGUST FOR DISCOVER CARD FOR $37.00.

## SEPTEMBER 2017 PAYMENT

112.    "DISCOVER 7" IS THE COPY OF NOTES FOR THE PAYMENTS MADE IN THE MONTH OF **SEPTEMBER**. FIRST CARD IS DISCOVER 7207 MAKING A PAYMENT OF $37.00 ON 13TH SEPTEMBER, THE BALANCE BEFORE MAKING THE PAYMENT IS $1696.81 AND THEN THE BALANCE AFTER MAKING THE PAYMENT IS 1659.81. THE PAYMENT CONFIRMATION NUMBER IS **#12121002**. CAN ALSO SEE IN THE NOTES THE PAYMENT FOR OTHER CARDS.

113.    "DISCOVER 8" IS A COPY OF TD BANK STATEMENT FOR THE MONTH OF **SEPTEMBER**. BUT DISCOVER CARDS DO NOT WITHDRAW MONEY FROM THE BANK. IT IS IMPOSSIBLE. BECAUSE THIS IS THE CARD WITH WHICH THE PLAINTIFF STARTS MAKING THE PAYMENT FOR ALL THE CARDS. NEVER NEVER NEVER. IF THE PLAINTIFF HAS FORGOTTEN THEN WILL GLADLY ACCEPT IT. BUT IN THIS CASE IT IS IMPOSSIBLE. THERE IS NO ROOM FOR MISTAKES.

114.    ALSO IN THE NOTES, DICSCOVER 7- AFTER DISCOVER THE PLAINTIFF ALSO MADE PAYMENT FOR BAC, BANK OF AMERICA #5477, 2ND CARD IN THE LIST. SIMILARY IN THE BANK STATEMENT CAN SEE THE PAYMENT FOR BANK OF AMERICA IS BEEN PROCESSED ON SEPTEMBER 14TH. SO THERE IS NO ROOM TO MISS OR FORGET THE PAYMENT FOR DISCOVER CARD AS DISCOVER CARD IS ON THE TOP OF THE LIST/1ST FOR MAKING

PAYMENT. SO PAYMENT IS NOT DEDUCTED FROM BANK FOR THE 1ST CARD PAYMENT-DISCOVER, BUT 2ND CARD PAYMENT IN LIST FOR BANK OF AMERICA IS PROCESSED. SIMILARLY ALL OTHERS BUT ONLY MISSING THE DISCOVER WHICH I THE 1ST CARD IN THE LIST FOR MAKING PAYMENTS. IMPOSSIBLE. AM NOT GOING TO WASTE PRECIOUS TIME ON THIS WITHOUT A VALID REASON.

## OCTOBER 2017 PAYMENT

115.    112.    "DISCOVER 9" IS THE COPY OF NOTES FOR THE PAYMENTS MADE IN THE MONTH OF **OCTOBER**. FIRST CARD IS DISCOVER 7207 MAKING A PAYMENT OF $70.00 ON 12TH OCTOBER, THE BALANCE BEFORE MAKING THE PAYMENT IS $1696.81. AS NO PAYMENT WAS PROCESSED AND THEN THE BALANCE AFTER MAKING THE PAYMENT IS 1626.81. THE PAYMENT CONFIRMATION NUMBER IS #**RW112129144**. CAN ALSO SEE IN THE NOTES THE PAYMENT FOR OTHER CARDS. BUT THIS **CONFIRMATION** NUMBER HAS **ALPHABETS** IN IT. SUSPISIOUS. EARLIER ALWAYS NUMBERS ONLY **SECONDLY**, DISCOVER CARD DID NOT CHARGE THE PLAINTFF'S ANY **LATE FEES**. **WHY**. WHICH BANK LEAVES OR LETS GO A LATE FEE. THAT'S A DIFFERENT STORY TO WAIVE THE FEE AS A COURTESY, BUT ONLY AFTER CHARGING THE FEE AND THEN REVERSE IT ON THE REQUEST OF THE CARD HOLDER.

116.    "DISCOVER 10" IS A COPY OF TD BANK STATEMENT FOR THE PAYMENT MADE FOR THE MONTH OF OCTOBER FOR DISCOVER CARD FOR $70.00.

## SUSPICIOUS CONFIRMATION NUMBER

117.    "DISCOVER 11" IS A COPY OF THE NOTES FOR THE MONTH OF JULY WITH CONFIRMATION # 211391348 SIMILARLY "DISCOVER 12" " IS A COPY OF THE NOTES FOR THE MONTH OF NOVEMBER PAYMENT WITH CONFIRMATION # 171882351. ALSO DISCOVER IS THE 1ST CARD IN LINE TO MAKE PAYMENT AS SEEN FOR ALL MONTHS. SO CANNOT GO WRONG.

118.    AS FAR AS THE CONFIRMATION NUMBER FOR THE MONTH OF SEPTEMBER #12121002 FOR WHICH THE MONEY WAS NOT WITHDRAWN FROM TD BANK BY DISCOVER AS DISCOVER DENIES ANY SUCH PAYMENT IS PROCESSED WITH THIS CONFIRMATION NUMBER. THIS NUMBER 12 IN THE CONFIRMATION # IS A NUMBER ALWAYS USED BY THE POUGHKEEPSIE POLICE. 12 IN HINDI LANGUAGE MEANS BAJ GAYE BARA. MEANS TO MAKE A MISTAKE AND THEN LAUGH AT IT JUST FOR HUMOR. HAVE CARS FOLLOWING/STALKING THE PLAINTFFS ON A DAILY BASIS.

## #12 OR BAJ GAYE BARA NUISANCE BY THE POLICE

119.    "DISCOVER 13- A4" - CAR # **AF 4044** ON **04/19/16** AT THE ATRIUM OF MID HUDSON REGIONAL HOSPITAL IN POUGHKEEPSIE. THIS SECURITY GUY SHOUTING ON A PURPOSE WHILE THE HANDICAP PLAINTIFF GETS OUT FROM HER CAR. ALSO CAR NUMBER AF 4044 TOTAL 12.

120.    "DISCOVER 14"- A1510" - CAR # **GMT 4404** AT DOLLAR TREE ON **06/18/17** AT DOLLAR TREE. THESE ARE MYSTERY SHOPPERS STALKING/FOLLOWING THE PLAINTIFFS EVERYWHERE THEY GO. THE PLAINTIFFS ARE UNDER SURVEILLANCE 24/7 BY THE POUGHKEEPSIE POLICE. MORE IMPORTANTLY THE CAR NUMBER IS SIMILAR TO ABOVE CAR NUMBER AF 4044 BUT IN DIFFERENT ORDER AND TOTAL IS 12 BAJ GAYE BARA.

121.    "DISCOVER 15"- A1706" – SAME CAR # **GMT 4404** AGAIN AT DOLLAR TREE ON **06/27/17** AT DOLLAR TREE. THESE ARE MYSTERY SHOPPERS STALKING/FOLLOWING THE PLAINTIFFS EVERYWHERE THEY GO. THE PLAINTIFFS ARE UNDER SURVEILLANCE 24/7 BY THE POUGHKEEPSIE POLICE. MORE IMPORTANTLY THE CAR NUMBER IS SIMILAR TO ABOVE CAR NUMBER AF 4044 BUT IN DIFFERENT ORDER AND TOTAL IS 12 BAJ GAYE BARA.

122.    THE PLAINTIFFS ARE IN PROCEESS OF FILLING A CASE AGAINST THESE MYSTERY SHOPPERS STALKING, EVEN PUSHING THE PLAINTIFFS ON MULTIPLE OCASSIONS WITH PROOFS. THUS CREATING A THREAT TO THE PLAINTIFFS LIFE. ALSO THESE STORES ARE AWARE OF THESE MYSTERY SHOPPERS AND ACTIVELY PARTICIPATE.

## ANOTHER MISCONDUCT BY STORE MARKET FRESH RELATED TO #12 BAJ GAYE BARA

123.    "DISCOVER 16 TROPICAL FRESH 2" – IS A COPY OF THE RECEIPT WHILE AT THE CASH COUNTER. AFTER SWIPING THE CARD AND EVEN WHEN THE PLAINTFFS BAGS ARE PAKCKED, THE CARD PROCESSOR TAKES A MINUTE OR SO TO PRINT THE RECEIPT. THE TRANSACTIONIS APPROVED. SO JUST **HACK THE PROCESSOR** WHICH IS DONE BY THE POLICE. THE RECEIPT IS ON 08/04/17 (84= 12 BAJ GAYE BARA, ALSO THE TIME 3.57.12 IN WHICH 57 TOTAL IS 12 THEN AGAIN 12 SECONDS. THIS IS ANOTHER PROOF OF #12 BEING USED OR ABUSED BY THE POLICE.

124.    EVEN THIS STORE THE SUPERVISOR IS IN CHARGE OF MYSTERY SHOPPERS AND THE MYSTERY SHOPPERS PUSH THE PLAINTIFFS.

125.    "DISCOVER 17" - MYSTERY SHOPPERS PUSHING THE PLAINTIFF AT MARKET FRESH ON 10/23/17. ANOTHER PROOF. A CASE IS SOON TO BE FILLED AGAINST MULTIPLE STORES FOR PUSHING THE APPELLANT AND HER SON, WITH EVIDENCE IN CAMERA.

THANKS TO THE SHEFIRR AND THE POLICE. WHOM DOES THE PALINTIFF AND HER SON GO TO COMPLAIN?

## PALINTIFF'S APRTMENT HAS ELECRTRICITY IN HALF APARTMENT AND TOHER IS TAKEN THRU EXTENSION CORD

125a.     THE LANDLORD HAS DRIPPED THE **MAIN SWITCH #5 & #7** WHICH TOTALS TO 12. BAJ GAYE BARA, ANOTHER PROOF OF #12 SIGNIFICANCE. BLAME GOES TO THE SHERIF AND THE POLICE WHO ARE RESPONSIBLE FOR DOMESTIC TERRORISM IN THEIR APARMENT BY ENCOURAGIN UPSTAIRS NEIGHBORS/CRIMINALS TO BANG DAY AND NIGHT OVER THE HEAD OF THE PLAINTIFFS. CAN SEE IN VIDEO "DISCOVER 17a, 17b and 17c" RESPECTIVELY. A CASE IS SOON TO BE FILD AGAINS THE LANDLORD AND ALSO THE SHERIFF, TOEN AND CITY POLICE OF POUGHKEEPSIE OR ENCOURAGIN THIS DEOMSTIC TERRORISM IN THE PLAINTIFFS APARTMENT.

## GAME OVER - 09/13/17 ON CONVERSTAION WITH THE DISCOVER CUSTOMER ASSOCIATE : (ACCORDING TO DISCOVER DID NOT GET PAYMENT)

126.     SO THE PLAINTIFFS MADE THE PAYMENT ANYWHERE BETWEEN 12.00 AM THRU 12.03 AM, BUT DID NOT RECORD IT. THEN RECORDED THE CONVERSATION BELOW. SO THERE IS NO ROOM FOE MISTAKES. AS SIMPLE AS THAT.

127.     "DISCOVER 18"-12.03AM IS REGARDING THE CHANGE IN ADDRESS, AS THE POST OFFICE HAS NOTIFIED DISCOVER REGARDING THE NEW POST BOX ADDRESS.

128.     "DISCOVER 19"-12.04AM IS REGARDING THE PAYMENT THE USPS SAYS THE CARD IS DECLNED IN THE MONTH OF JULY 2017 AS EVERY 3 MONTHS USPS AUTOMATICALLY DUDUCTS MONEY FROM THE DISCOVER CARD # 7207. SO USPS TAKES MONEY EVERY 3 MONTHS FROM THE CARD ON FEBRUARY 15TH 2017 (02/15/17) AND THEN APRIL 15TH 2017 (04/15/17) FOR $26.00. BUT DID NOT CHARGE THE CARD ON JULY 15TH 2017 (07/15/17). THE REASON USPS GIVES IS INSUFFICIENT, BUT THE CARD HAS AMPLE MONEY AS OF 09/13/17. SO THERE IS NO ROOM FOR A DCECLINE AND ALSO AN ATTEMPT TO CHERGE THE CARD WAS ALSO NOT DONE AS TOLD BY THE DISCOVER CUSTOMER ASSOCIATE.

129.     "DISCOVER 20" IS A COPY OF A PAYMENT HISTORY OF USPS SHOWING THE CARD BEING CHARGE ON 02/15 AND 04/15 BUT DID NOT CHARGE THE CARD ON 07/15 BY SAYING **IT TRIED TO TAKE MONEY FROM DISCOVER CARD BUT DID NOT TAKE IT**. THEN CLOSE THE POST BOX HAD TO REOPEN IT.

20

130.   THE PLAINTIFF HAS ALREADY MADE A PAYMENT FOR #37.00 WITH CONFIRMATION # 12121002. BUT DISCOVER CARD DOES NOT DEDUCT MONEY FROM TD BANK AS SEEN IN DISCOVER 7, 8. BUT DID NOT RECORD IT. THEN ASKS THE CUSTOMER ASSOCIATE ABOUT THE ADDRESS CHANGE IN DISCOVER 18 AND THEN THE ABOUT THE USPS SAYING CARD DECLINED IN DISCOVER 19.

131.   SO HAVING SAID THAT IF THE PLAINTIFF WAS ON THE PHONE WITH THE DISCOVER CARD ASSOCIATE ON 09/13/17, THEN WHY WILL THE PLAINTIFF NOT MAKE THE PAYMENT. IMPOSSIBLE. BECAUSE THE MOTIVE IS THE USPS AS IT IS CAUGHT RED HANDED IN THIS RECORDING AND ALSO FOR NOT CHARGING THE CARD ON 07/15/15. ANOTHER PROOF OF THE NEGLIGENCE OF USPS. SO POLICE IS BEHIND ALL THIS. A CASE IS ALSO GOING TO FILLED SOON AGAINST THE USPS FOR STEALING AND DELAYING MAILS IN THE POST BOX. WHICH AGAIN THE SHERIFF AND THE POLICE IS RESPONSIBLE FOR STEALING AND DELAYING THE MAILS OF THE PALINTFFS.

132.   EVEN IF THE PLAINTIFF FORGETS, THEN WILL DISCOVER CUSTOMER ASSOCIATE NOT REMIND THE PLAINTIFF ABOUT THE PAYMENT DUE ON 09/13/17 SAME DAY. LIKE IN DISCOVER 1,2,3. THAT'S ALL. THIS IS ENOUGH PROOF THAT THE PLAINTFF HAS MADE THE PAYMENT ON 09/13/17 WITH PAYMENT CONFIRMATION #12121002. BAJ GAYE BARA.

133.   **PLACE CHARGES OF FRAUD, TORT, NEGLIGENCE, MISCONDUCT, SUPERVISION, SPYING, INVASION OF PRIVACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, COMMUNITY POLICING AND CONSPIRACY AGAINST DISCOVER CARDS FOR DENYING THE PAYMENT IS NOT MADE FOR THE MONTH ON SEPTEMBER 13TH BY THE PLAINTIFF. BUT THE PLAINTIFF HAD MADE THE PAYMENT.**

134.   **ALSO PLACE SIMILAR CHARGES AGAINST SHERIFF OF POUGHKEEPSIE, TOWN AND CITY POLICE OF POUGHKEEPSIE ALONG WITH MISCONDUCT, NEGLIGENCE, COERCION TO FORCE THE DISCOVER TO BEHAVE THE WAY THEY WANT. THEY DO NOT DO THEIR JOBS RIGHT AND THEN NOT LET DISCOVER CARDS ALSO DO THEIR JOB RIGHT. ANOTHER EXAMPLE OF SUCH COERCION IS USPS. JUST LIKE DISCOVER AND OTHER CARDS. BOTH ARE VICTIMS OF THE POEPLE IN UNIFORMS.**

135.   **PLACE CHARGES AGAINST SHERIFF OF POUGHKEEPSIE, CITY AND TOWN POLICE OF POUGHKEEPSIE FOR NEGLIGENCE, FRAUD, TORT, MISREPRESENTATION OF FACTS, BREACH OF DUTY, COMMUNITY POLICING, CRIMINAL CONSPRACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF**

**EMOTIONAL DISTRESS, MALPRACTICE, MISCONDUCT, COERCION** by forcing **DISCOVER CARDS** to BEHAVE the way they want, CORRUPTION for protecting Michael Friedlander the MOTIVE who used to beat the appellant's son on a daily basis at Holey Cream in Manhattan. He has good connections with the **NYPD**. ALSO charges of CORRUPTION, MISCONDUCT, NEGLIGENCE again for promoting and backing DOMESTIC TERRORISM in the apartment the appellants live by criminals living upstairs banging round the clock over the head of the appellants. THIS IS A PERFECT PLOT TO KILL THE APPELLANTS BY ALL MEANS. MAKE LIFE LIKE DEATH. A COMPLAINT IS ALSO FILLED FOR THIS AGAINST THEM.

## EXAMPLES OF NEGLIGENCES OF USPS DUE TO COERCION BY PEOPLE IN UNIFORM

136.    AS CAN SEE IN "<u>DISCOVER 21</u>" THE PLAINTIFF OPENS THE BILL ON SEPTEMBER 6TH 2017 AFTER ALMOST 7 MONTHS. THIS IS A CRIME SCENE. ALSO CAN SEE ON THE EVNELOPE OF DISCOVER CARDS THE STAMP DATE IS 03/27/17. ALSO AT THE SAME TIME PLEASE LOOK AT THE BILLING CYCLE WHICH IS FROM JAN 19TH 2017 THRU FEB 18TH 2017. HAVING SEEN THAT MUCH INFORMATION WE COME TO THE CONLCUSION THAT THE PLAINTIFFS GETS THE MAIL ON 03/27/17 FOR BILLING CYCLE ENDING ON 02/18/17, DELAYED/HOLDING THIS DSCOVER MAIL BY USPS BY **ONLY 37 DAYS.**

137.    ALSO CAN SEE THE ONLINE STATEMENT TAKEN ON 03/10/17 IN THE VIDEO SINCE DID NOT RECEIVE BILL AT THAT TIME. EVERY VISIT TO THE POST BOX THE PLAINTIFF HAS TO VIDEO RECORD IT. CAN SHOW SOME VIDEOS LATER.

138.    IT IS ALL IN FRONT OF YOUR EYES. REPONSIBLE FOR THIS IF THE **SHERIFF OF POUGHKEEPSIE, CITY AND TOWN POLICE OF POUGHKEEPSIE. SAME IN CASE OF THE DISCOVER CARDS.**

139.    FIRSTLY on 09/13/17 the plaintiff is enquiring about why the USPS payment was not processed as mentioned in above paragraph 126 thru 132 even when enough funds available thus catching USPS, RED HANDED for its NEGLIGENCE AND FRAUD.

140.    SECONDLY, on 09/13/17 even when the plaintiffs had made the payment with confirmation #12121002, NOW IT IS THE TURN OF DISCOVER CARDS TO DENY ANY SUCH PAYMENT IS MADE.

141.    SO EARLIER USPS DOES NOT PROCESS THE PAYMENT AND NOW SAME SITUATION THAT ALSO WHEN ENQUIRING ABOUT USPS, DISCOVER CARD ALSO LIKE USPS DENIES

ABOUT ANY SUCH PAYMENT BEEN MADE ON THE VERY **SAME DAY ON 09/13/17**. FORGET WHETHER THE BANK ACOOUNT IS CHARGED OR NOT, THE PLAINTIFF HAS THE CONFIRMATION NUMBER.

142.   HAVING TAKING INTO CONSIDERATION ALL OF THE ABOVE AND ALSO THE LATE DISCOVER MAIL BY ONLY 37 DAYS PROVES THAT BOTH THE DISCOVER CARDS AND USPS ARE DOING THIS AT THE ORDERS OF THE **SHERIFF OF POUGHKEEPSIE, CITY AND TOWN POLICE OF POUGHKEEPSIE. SIMILARY A CASE IS GOING ON IN THE APPELLETE COURT CURRENTLY AGAINST NOT 1 BUT MULTIPLE DOCTORS NOT DOING THEIR JOBS RIGHT. CASE NUMBER 164, 165 & 300 FOR 2017. AND IN APPELLATE COURT WITH DOCKET NUMBERS 09240, 09241 & 09242 FOR 2017 LIKE WISE.**

143.   **ALSO THE PLAINTIFFS HAVE FILLED A CASE AGAINST THE ATTORNEYS AS WHEN WENT TO THEM REGARDING THE MEDICAL MALPRACE ONE OF THE ATTORNEYS SAID <u>NOTHING IS GOING TO CHANGE.</u> ALSO SIMILARLY WHEN ASKED TO FILE A CASE AGAINST THE TENANTS/CRIMINALS BANGING FROM UPSTAIRS ONE OF THE ATTORNEY SAID THE TENANT HAS NO RGHTS AND OTHER SAID MOVE OUT. THIS IS MAFIA IN POUGHKEEPSIE BY THE SHERIFF OF POUGHKEEPSIE, CITY AND TOWN POLICE OF POUGHKEEPSIE.**

144.   **ABOVE ALL WHEN THE PLAINTIFFS IN THE COURT OF LAW TELLS JUDGE GROSSMAN ABOUT SUCH REMARKS OF THE ATTORNEYS REGARDING THE CASES MENTION FOR MALPRACTICE NAMELY #164, 165 & 300 OF 2017, JUDGE GROSSMAN NEVER BOTHERED TO PROTECT THE INTEREST OF THE PLAINTIFF WHO IS A STROKE PATIENT AND ON A WHEELCHAIR. NEVER REPLIED TO HIS CULPABLE CONDUCT STATEMENT OF NOTHING IS GOING TO CHANGE. THEN FINALLY DISMISSES ALL 3 CASES. AND NOW ALL 3 CASES ARE IN THE APPELLATE COURT. PLACE CHARGES OF CORRUPTION, NEGLIGENCE AND MISCONDUCT AGAINST HIM.**

144a.   **ALSO NURSE PATTY FROM THE HEART CENTER, ON THE FIRST VISIT TO THECOUMADIN CLINIC, SHE TELLS THE PLAINTIFFS WE DONOT WANT TO SEE YOU HERE AGAIN. THE PLAINTIFFS HAVE MET THEM FOR THE 1ST TIME. PROOF OF INVOLVEMENT OF THE SHERIFF AND THE POLICE OF POUGHKEEPSIE. THIS IS CASE # 165-2017.**

145.   **FINALLY THE PLAINTIFFS FILLED A COMPLAINT AGAINST THE ATTORNEYS AS MENTOINED ABOVE AND JUDGE GROSSMAN WITH INDEX # 383/2018.**

146.    **SO THE HONORBALE COURT CAN SEE UNTIL NOW USPS, NOT 1 DOCTOR BUT MULTIPLE DOCTORS NOT DOING THEIR JOBS RIGHT, NOT 1 ATTORNEY BUT MULTIPLE ATTORNEYS NOT DOING THEIR JOBS RIGHT (INCLUDING JUDGE GROSMMAN) AND NOW NOT 1 CREDIT CARD COMPANY BUT MULTIPLE CARD COMPANIES NOT DOING THEIR JOBS RIGHT. THE PEOPLE IN UNIFORMS DO NOT DO THEIR JOBS RIGHT BY POUNDING OVER THE APPELANTS SON ABOUT THE BANGING FROM UPSTIARS AND ALSO SAME DAY JANURAY 8TH 2016 THE NYPD RECEIVED A COMPLAINT FOR MICHAEL FRIDLANDER FOR BEATING THE PLAINTFFS SON. JUST TO PROTCT MICHAEL FRIDLANDER. PROOF OF CONNECTION WITH NYPD, SHERIFF OF POUGHKEEPSIE, CITY AND TOWN POLICE OF POUGHKEEPSIE. NOT LET OTHERS DO THEIR JOBS RIGHT BY MISUSING ITS POWERS FOR PERSONAL USE.**

**PLAINTIFF VIDEO RECORDS EVERY TRIP TO POST OFFICE**

147.    THE PLAINTIFF OPENS THE PO BOX ON 02/16/17 SINCE THEIR MAILS ARE BEEN STOLEN FROM THE APARTMENT. CAN SEE IN BELOW VIDEOS THE TRUTH ABOUT NEGLIGENCE BY USPS FOR HOLDING/DELAYING/STEALING THE MAILS OF THE PLAINTIFFS. DENYING THE PLAINTIFF THEIR CONSTITUTIONAL RIGHT. **ALSO TO VIDEO RECORD THEM, THIS IS DEATH. HAVE YOU ANYTIME SEEN SUCH A VIDEO**.

148.    "DISCOVER 22" - USPS 0221 - NO MAILS, "DISCOVER 23" - USPS 0223 - NO MAILS, "DISCOVER 24" - USPS 0303a- MAILS AFTER 15 DAYS FROM OPENING PO BOX ON 02-16-17 - NO CREDIT CARD BILLS AND "DISCOVER 25" - USPS 0310 - MAILS BUT NO CREDIT CARD BILLS FOR ALMOST 22 DAYS FROM OPENING PO BOX ON 02-16-17. HAVE NO MORE WORDS TO EXPLAIN. THANKS TO THE SHERIFF AND THE POLICE OF POUGHKEEPSIE. THE USPS AND DISCOVER CARDS ARE SAILING IN THE SAME BOATS WITH ALL DUE RESPECT.

**CAUGHT ON VIDEO RED HANDED USPS EMPLOYEE SAYS IT TRIED TO TAKE MONEY FROM DISCOVER CARD BUT DID NOT TAKE IT ON 08/21/17 VISIT TO THE POST OFFICE**

148a.    "DISCOVER 26 - USPS 0720i" – PO BOX SERVICE NOTICE SHOWING DUE DATE FOR RENT ON 07-31-17 – **VISIT TO POST OFFICE ON 07/20/17**

148b.    "DISCOVER 27 - USPS 0808a - TAG NOITFYING ABOUT MAIL TO PICKED UP FROM INSIDE. - **VISIT TO POST OFFICE ON 08/08/17**

148c.    "DISCOVER 28 -USPS 0808b" - FROM INSIDE GET MAILS BUT DID NOT HAVE TO SIGN FOR ANY DOCUMENT TO RECEIVE –ALL ARE REGULAR MAILS - IN THOSE MAILS GOT

24

BY REGULAR MAIL COURT ORDER BY SUPREME AND COUNTY COURTS DISMISSING ALL 3 CASES 164, 165 AND 300. CORRUPTION. AS MENTIONED ABOVE IN PARAGRAPH 142 - **VISIT TO POST OFFICE ON 08/08/17**

148d.    "DISCOVER 29 - USPS 0821b" - GREEN LONG PIECE - THEN SHE SAYS BOX IS CLOSED - BUT RENT WAS DUE ON 07-31-17 - WHY CLOSE NOW AND NOT INFORM ON 08-08-17- ALSO USPS TAKES MONEY FROM CARD WHENEVER DUE- AS SEEN IN USPS 20, A COPY OF A PAYMENT HISTORY OF USPS SHOWING THE CARD BEING CHARGE ON 02/15 AND 04/15 BUT DID NOT CHARGE THE CARD ON 07/15 **IT TRIED TO TAKE MONEY FROM DISCOVER CARD BUT DID NOT TAKE IT**. SO WHAT HAPPEN. - **VISIT TO POST OFFICE ON 08/21/17**

148e.    (ALSO SHOWING GREEN COLOR IS POLICE TEHNIQUE. ACCORDING TO MICHAEL FRIDLANDER IF THE PLAINTIFFS SON SEES GREEN HE WILL GET ANGRY. IF HE SEES THIS HE WILL DO THIS. JUST LABEL HIM WHILE WORKING AT HOLEY CREAM AND WAS BEATEN UP ON A DAILY BASIS BY MICHEAL OF HOLEY CREAM. AN UNSUCCESFULL EXPERIMENT WAS UNDERGONE OVER THE PLAINTIFFS SON TO PROVE THAT HE IS MENTALLY ILL). - **VISIT TO POST OFFICE ON 08/21/17**

148f.    "DISCOVER 30 - USPS 0821c" – ENOUGH MONEY IS AVAILABLE ON THE DISCOVER CARD - ENOUGH CREDIT. - **VISIT TO POST OFFICE ON 08/21/17**

148g.    "DISCOVER 31 - USPS 0821d" - USPS EMPLOYEE TELLING LIE – **CAUGHT RED HANDED** - SAYS IT TRIED TO TAKE IT BUT DID NOT TAKE IT - GIVES USPS TRANSACTION COPY - BUT DID NOT EVEN CHARGE THE CARD THAT SHOWS DECLINE - WHEREAS DISCOVER CARD HAS ENOUGH CREDIT AVAILABLE. - **VISIT TO POST OFFICE ON 08/21/17**

148h.    HAVING SAID THAT NOW THE HONORABLE COURT IS AWARE THAT THEN THE PLAINTIFF GIVES A CALL TO DISCOVER CARD ON **11/13/17** ALSO MAKES THE PAYMENT BUT DID NOT RECORD IT THEN ENQUIRES ABOUT THE USPS ADDRESS CHANGE AND ALSO WHETHER USPS TRIED CHARGING THE DISCOVER CARD ON 07/31/17 ON DUE DATE. AS MENTIONED IN RECORDINGS DISCOVER 18 THRU 20 FROM PARAGRAPH 129 THRU 135 FROM ABOVE. WHICH PROVES USPS IS GULITY FIRSTLYTHE CARD HAS ENOUGH CREDIT, SECONDLY DID OT EVEN CHARGE THE CARD AND THIRDLY DISCOVER ALSO BEHAVES IN THE SAME MANNER LIKE USPS LATER FOR DENYING THE PAYMENT MADE ON THE SAME DATE 11/13/17 WITH CONFIRMATION NUMBER #12121002. MOTIVE USPS. JUST SAME NEGLIGENT BEHAVIOR BY BOTH USPS AND NOW DISCOVER. CHARGES HAVE ALLREADY BEEN FILLED FOR THIS ABOVE IF NOT THEN CAN REPEAT THE ABOVE CHARGES.

148i.   **ANOTHER PROOF OF INVOLVEMNT OF THE SHERIFF AND POLICE OF POUGHKEEPSIE –** FROM RECORDING DISCOVER 26 THRU DISCOVER 31. AS SEEN IN DISCOVER 26 RECORING, PO BOX SERVICE NOTICE SHOWING DUE DATE FOR RENT ON **07-31-17** – **VISIT TO POST OFFICE ON 07/20/17**

148j.   **HAVING SAID THAT THE PLAINTIFF MAKES VISIT TO THE POST OFFICE EVEN AFTER 07/31/17 ON 08/08/17 THE USPS DOES NOT INFORM THE PLAINTIFF REGARDING NON PAYMENT OF RENT OR CREDIT CARD DID NOT TAKE IT. NOW THE PLAINTIFF PRESS CHARGES OF TRESPASSING, THEFT, STEALING, BREAK IN WHICH IS A CRIMINAL OFFENSE AGAINST THE USPS FOR JUST BY LETTING THE PLAINTIFF USE THE PO BOX AFTER DUE DATE OF 07/31/17. POST BOX IS THE PROPERTY OF THE UNITED STATES GOVERNMENT AND NOT THE PERSONAL PROPERTY OF SHERIFF AND POLICE OF POUGHKEEPSIE.**

148K.   ALSO ON THE VISIT ON 08/08/17 WHEN CALLED INSIDE BY PUTTING A TAG FOR MAILS, CAN SEE IN RECORDING DISCOVER 27 AND 28 THE USPS DOES NOT INFORM THE PLAINTIFF ABOUT THE NON PAYMENT OF RENT AND MORE IMPORTANTLY THOSE MAILS CONATINED THE COURT ORDER BY THE SUPREME AND COUNTY COURTS DISMISSSING ALL 3 CASES 164, 165 & 300 OF 2017 (09240, 09241 & 09242 OF 2017 IN APPELLATE COURT NOW). AGAIN CORRUPTION EVEN WHEN THE PLAINTIFF IN COURT OF LAW IS SAYING THAT THEY ARE BEEN THREATENED BY THE ATTORNEY AS NOTHING IS GOING TO CHANGE WITH REFERENCE TO CASE #164 AND REGARDING THE BANGING FROM UPSTAIRS PEOPLE/CRIMINALS IN APARTMENT ATTORNEY SAID THE TENANT HAS NO RIGHT AND OTHERS SAID TO MOVE OUT. HAVE FILLED CASE AGAINST THE ATTORNEYS AND JUDGE GROSSMAN, INDEX #183 OF 2018.

148l.   THEN ON THE **NEXT VISIT ON 08/21/17**. PLEASE TAKE INTO CONSIDERATION THE DATE 21 OR 12 BAJ GAYE BARA. REPETITIVE BEHAVIOR LIKE THE DISCOVER CONFIRMATION #12121002 AND OTHER EXAMPLES MENTIONED ABOVE. NOW THE PLAINTIFF IS BEEN TOLD THE PO BOX IS CLOSED. SAYING THEY TRIED TO TAKE THE MONEY BUT THE CARD DID NOT TAKE IT AS SEEN IN RECORDING DISCOVER 29, 30 AND 31. WHICH AGAIN PROVES THAT THIS IS A CONSPIRACY AND A CLEAR CASE OF CORRUPTION. **ALLOWING THE PLAINTIFF TO USE THE PO BOX ON 08/08/17 EVEN AFTER NON PAYMENT OF RENT FOR WHATEVER REASON JUST BECAUSE THOSE MAILS HAD THE ORDER BY THE SUPREME COURT FOR THESE 3 CASES #164, 165 AND 300 BEING DISMISSED. WHICH ALSO PROVES USPS HAS SURVEILLANCE ON EVERY MAIL THE PLAINTIFFS RECEIVES AND WHY NOW ON 08/21/17 SUDDENLY THE USPS SAYS THE PO BOX IS CLOSED, WHICH PROVES THAT 08/08/17 VISIT WAS AT THE**

COST OF THE SUPREME COURT OF DUTCHESS COUNTY, BE IT THE SHERIFF OF POUGHKEEPSIE AND THE POLICE OF POUGHKEEPSIE WHICH IS CALLED IN SIMPLE ENGLISH LANGUAGE AS TRESPASSING, THEFT, STEALING, BREAK IN, WHICH IS A CRIMINAL OFFENSE AGAINST THE USPS FOR JUST BY LETTING THE PLAINTIFF USE THE PO BOX AFTER DUE DATE OF 07/31/17. POST BOX IS THE PROPERTY OF THE UNITED STATES GOVERNMENT AND NOT THE PERSONAL PROPERTY OF SUPREME COURT, SHERIFF AND POLICE OF POUGHKEEPSIE.

148m.    UNTIL NOW THE HONORABLE COURT HAS SEEN BE IT USPS, DISCOVER CARDS OR ANY CARD COMPANY AS FAS AS THIS CASE IS CONCERNED ALL ARE BEHAVING AT THE ORDERS OF THE SHERIFF AND THE POLICE OF POUGHKEEPSIE AND NOW WITH THIS ABOVE PROOF THE SUPREME COUR OF DUTCHESS COUNTY – POUGHKEEPSIE IS ALSO INVOLVED IN THIS CORRUPTION. A PLOT TO KILL THE INNOCENT PLAINTIFFS BE IT AT THE APARMENT OR ELSESWHERE. <u>WHOM DO THE PLAINTIFFS GO TO COMPLAIN.</u>

148n.    PLACE CHARGES OF FRAUD, TORT, NEGLIGENCE, MISCONDUCT, SUPERVISION, SPYING, INVASION OF PRIVACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, COMMUNITY POLICING AND CONSPIRACY AGAINST USPS, DISCOVER CARDS AND EVERYONE INVOLVED.

148o.    ALSO PLACE SIMILAR CHARGES AGAINST THE SUPREME COURT OF DUTCHESS COUNTY-POUGHKEEPSIE, SHERIFF OF POUGHKEEPSIE, TOWN AND CITY POLICE OF POUGHKEEPSIE ALONG WITH MISCONDUCT, NEGLIGENCE, COERCION TO FORCE THE DISCOVER TO BEHAVE THE WAY THEY WANT. THEY DO NOT DO THEIR JOBS RIGHT AND THEN NOT LET USPS, DISCOVER CARDS AND OTHERS INVOLVED TO DO THEIR JOB RIGHT. ANOTHER EXAMPLE OF SUCH COERCION IS USPS. JUST LIKE DISCOVER AND OTHER CARDS. ALL ARE VICTIMS OF THE POEPLE IN UNIFORMS.

148p.    PLACE CHARGES AGAINST THE SUPREME COURT OF DUTCHESS COUNTY-POUGHKEEPSIE, SHERIFF OF POUGHKEEPSIE, CITY AND TOWN POLICE OF POUGHKEEPSIE FOR NEGLIGENCE, FRAUD, TORT, MISREPRESENTATION OF FACTS, BREACH OF DUTY, COMMUNITY POLICING, CRIMINAL CONSPRACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, MALPRACTICE, MISCONDUCT, COERCION by forcing **DISCOVER CARDS** to BEHAVE the way they want, CORRUPTION for protecting Michael Friedlander the MOTIVE

who used to beat the appellant's son on a daily basis at Holey Cream in Manhattan. He has good connections with the **NYPD**. ALSO charges of CORRUPTION, MISCONDUCT, NEGLIGENCE again for promoting and backing DOMESTIC TERRORISM in the apartment the appellants live by criminals living upstairs banging round the clock over the head of the appellants. THIS IS A PERFECT PLOT TO KILL THE APPELLANTS BY ALL MEANS. MAKE LIFE LIKE DEATH. A COMPLAINT IS ALSO FILLED FOR THIS AGAINST THEM.

## THE PLAINTIFF LIKE TO SHARE THIS INCIDENT IN THE HONORABLE COURT

149.   IN THE MONTH OF DECEMBER 2017 THE PLAINTIFF HAS 2 CREDIT CARDS FROM BANK OF AMERICA (BAC). SO WITH CARD #5477 CARD IS AN OLDER CARD FROM FEW MOTNTHS AND THEN ANOTHER CARD #0938 NEWLY OPENED. TIMELY PAYMENT FOR BOTH WERE MADE. CAN CHECK WITH BANK OF AMERICA.

150.   IN THE MONTH OF JANUARY 2018 THE PLAINTIFF FORGETS, MIND YOU FORGETS TO MAKE THE PAYMENT FOR CARD #0938, SINCE DUE DATE BEING THE 1ST OF EVERY MONTH WHERAS MADE TIMELY PAYMENT FOR ANOTHER CARD #5477 AS EVERY 13TH OF THE MONTH. SINCE BEING A NEW CARD THE PLAINTIFF NEVER REALIZED THAT IT HAD MISSED THE PAYMENT AND THOUGHT THE DUE DAT DATE WOULD BE THE SAME 13TH EVERY MONTH.

151.   HAVING SAID THAT THE PLAINTIFF MADE A PAYMENT FOR $38.00 TO MAKE THE CARD ACTIVE. THEN AT THE REQUEST OF THE PLAINTIFF FOR MAKING THE PAYMENT FOR NEXT MONTH ALSO ON THE SPOT. SO AGAIN A PAYMENT DUE ON FEB 1ST WHICH AMOUNTED TO $53.00. JUST BY MAKING THIS PAYMENT FOR NEXT MONTH ALSO AT THE SAME TIME PROVES THAT THE PLAINTIFF IS GUILTY OF MISSING THE PAYMENT BUT AT THE SAME TIME TAKES CARE OF THE FUTURE PAYMENT ON THE SPOT. AT THE SAME TIME BANK OF AMERICA ALSO CHARGED LATE FEES, WHICH DISCOVER CARDS NEVER CHARGED AS ACCORDING TO THEM PAYMENT WAS NOT MADE.

152.   **HAVING SAID THIS, THE PLAINTIFF WILL NOT WASTE A SINGLE MOMENT ON GIVING THE HONORABLE COURT EVIDENCE FOR THESE PAYMENTS BEEN MADE TO BANK OF AMERICA SINCE THE PLAINTIFF IS AT FAULT**. THE HONORBLE COURT CAN GET THE DETAILS FROM BANK OF AMERICA IF REQUIRED WITH ALL DUE RESPECT.

153.   **SO CAN UNDESRSTAND NOW WHY THE PLAINTIFF IS SPENDING SO MUCH TIME IN GIVING EVIDENCE AND FACTS** FOR THE PAYMENT THAT THE PLAINTIFF HAS ALREADY MADE WITH A **CONFIRMATION NUMBER OF 12121002 ON 09/13/17**. BUT DISCOVER CARDS DENY ANY SUCH PAYMENT BEEN MADE. THE PLAINTIFF HAS THE TRUTH

ON ITS SIDE. ALSO IF IT WAS THE MISTAKE OF THE PLAINTIFF LIKE IN THE CASE OF BANK OF AMERICA THE PLAINTIFF WOULD HAVE NEVER WASTED ITS TIME. THAT'S ALL.

## AMRICAN EXPRESS CARD SERVICES – PO BOX 297846, FT LAUDERDALE, FL 33329

FEBRUARY 11TH 2017 (02/11/17) – AMEX 1 THRU AMEX 7 RECORDINGS

154.    At around 5.00am the plaintiffs also gave a call to Amex for another card ending in 01000, REGARDING the call made by the plaintiffs PREVIOUSLY on January 28th 2017, (as on 27th a day before plaintiffs MAIL BAG WAS STOLEN. Please refer to "EXHIBIT A965, A966, and 967" NEW BAG. Then on 26th a day before had received a packet from FedEx for Karlissa Stroman which the plaintiff's son kept on their doorstep. Can check with fedex. SO ALL CHAIN REACTION BY UPSTAIRS CRIMINALS, TIMOTHY AND URBAN GERLACH REALTY).

JANUARY 28TH 2017 (01/28/17)

155.    So the call was made to Amex by the plaintiffs on JANUARY 28th at 5.31am regarding the redemption/direct deposit of $25.00 rewards that the plaintiff was entitled for.

156.    (As sometime back PREVIOUSY also the plaintiff had given a call and the operator said give a call after few days for direct deposit of this $25.00).

157.    So on 28th JAN the operator gives the plaintiff 3 options mail, gift card and credit to the account.

158.    The plaintiff also let the operator know that their MAIL BAG WAS STOLEN YESTERDAY SO DO NOT SEND CHECK OR GIFT CARD  BY MAIL.

159.    But then the operator says the last option that the plaintiff has is the 3rd option of credit of $25.00 into the account. THEY DO NOT HAVE DIRECT DEPOSIT FACILITY. USUALLY ALL OTHER CARDS DO AND HAVE DONE A DIRECT DEPOSIT FOR THE SAME LIKE TD, CHASE, CAPITAL ONE ETC.

160.    But the plaintiff said why did the operator earlier promise a direct deposit and why today they say no direct deposit. The plaintiff's request's the Honorable Court to check the recording for the call made previously by the plaintiff regarding this issue. The plaintiff does

not have the exact date. But still the card company can give <u>recording history</u> of a particular customer if demanded by the Honorable Court. Then find the TRUTH. WHY BOTH EMPLOYEES HAVE DIFFERENT POLICIES. IF YOU PROMISE SOMEONE THEM YOU GOT TO DELIVER IT OR ELSE DO NOT MAKE FALSE STATEMENTS AND PROMISES. EVERY CARD COMPANY FOLLOWS THIS PROCEDURE. <u>RED FLAG #1</u>

161.    The plaintiffs places charges of NEGLIGENCE, MISCONDUCT, MISREPRESENTATION OF FACTS, FRAUD, TORT AND LIES AGAINST AMERICAN EXPRESS FOR THE SAME.

162.    This call on 28th JAN lasted for over 44 minutes. Then finally the operator says the MANAGER is not on duty on weekends. So will give you back a call on Monday 30th JAN.

<u>RECEIVED NO PHONE CALL ON JANUARY 30TH 2017 (01/30/17)</u>

163.    The plaintiffs never received a call on Monday the 30th JAN as PROMISED. AGAIN FALSE PROMISES. DOES THE HONORABLE COURT THINK THAT THERE IS NO SUPERVISOR OR MANAGER IN CHARGE. WEEKEND OR WEEKDAYS WORK GOES ON. <u>RED FLAG # 2</u>. CAN ALSO PLEASE CHECK THE RECORDINGS OF THE CONVERSATION.

164.    The plaintiffs places charges of NEGLIGENCE, MISCONDUCT, MISREPRESENTATION OF FACTS, FRAUD, TORT AND LIES AGAINST AMERICAN EXPRESS FOR THE SAME.

<u>FEBRUARY 11TH 2017 (02/11/17) – CONTINUED FROM PARAGRAPH 154 ABOVE</u>

165.    SO AS OF TODAY FEB 11TH the operator informs the plaintiff, when asked by the plaintiff why did not they give a call back on Monday the 30th January as promised. So TODAY THE SUPERVISOR / MANAGER IS AVAILABLE AND SHE TELLS THAT DUE TOO MUCH OF CALL VOLUME THEY WERE NOT ABLE TO CALL THE PLAINTIFF BACK.

166.    <u>RED FLAG # 3</u>. TOADY MANAGER IS AVAILABLE WHEREAS ON 28TH JANUARY THE MANAGER WAS NOT AVAILABLE. "JUST MAKING STORIES".

167.    The plaintiffs places charges of NEGLIGENCE, MISCONDUCT, MISREPRESENTATION OF FACTS, FRAUD, TORT AND LIES AGAINST AMERICAN EXPRESS FOR THE SAME.

168.    THEN DUE TO "TOO MUCH OF CALL VOLUME" WERE NOT ABLE TO CONTACT

YOU. IS THAT AN ANSWER. THEY ARE AMEX. THE FINEST CARD PROVIDERS AND ABOVE ALL ARE KNOWN FOR THEIR SERVICES. THIS IS THE SAME THING THE PLAINTIFF TOLD THE SO CALLED MANAGER.

169.   In the mean time the plaintiffs also realized AMEX had made a CREDIT OF $25.00 INTO THE ACCOUNT <u>WITHOUT THE CONSENT OF THE CUSTOMER, RED FLAG#4</u> AS OF THE PROMISE OF GIVING A CALL BACK ON 28TH JANUARY REGARDING THE TREATMENT OF THE REWARDS.

170.   The plaintiff's places charges of NEGLIGENCE, MISCONDUCT, COERCION, MISREPRESENTATION OF FACTS, FRAUD, TORT AND LIES AGAINST AMERICAN EXPRESS FOR THE SAME.

171.   THE PLAINTIFF IS HAPPY WITH THE CREDIT EITHER OR. BUT IS THIS A PROPER WAY TO HANDLE A SITUATION. YOU SAY SOMETHING AND DO SOMETHING.

172.   PLEASE REFER TO THE RECORDINGS AMEX 1 THRU AMEX 7 AS OF TODAY FERBRUARY 11TH 2017.

173.   EVERY CALL THE PLAINTIFF MAKES TO THE CREDIT CARD COMPANY OR ANYWHERE SAY FOR INSTANCE WAL MART, THE OPERATORS DANCE ON THE TUNES OF THE SHERIFF AND THE POLICE. THIS IS NOTHING BUT THE TRUTH. THIS EXAMPLE IS ANOTHER PROOF OF IT.

174.   Also when the plaintiff applied for this card over the phone, had asked for secondary card holder. The name was spelt wrong. NEEL S KARIA, instead of S they spelt F as Middle initial. Primary Holder REKHA S KARIA. SO the plaintiff said while letting them know the name of the secondary card holder, CLEARLY SPECIFIED "NEEL AND ALL OTHERS SIMILAR TO PRIMARY CARD HOLDER, THE MIDDLE AND THE LAST NAME".

175.   HOW HARD IS THIS TO UNDERSTAND. THERE IS NO ROOM FOR MISTAKES. THEY EVEN REPEAT IT AFTERWARDS. SO WHAT WENT WRONG. OH THE SHERIFF AND THE POLICE. CRIMINALS IN UNIFORMS.

176.   The Honorable Court can check the phone conversation recording to find the TRUTH.

177.    Then later in the day at 10.52am the plaintiff also had called up to TD CREDIT CARD TO REDEEM THE REWARDS BY DIRECT DEPOSIT INTO THE ACCOUNT. THE HONORABLE COURT CAN ALSO CHECK THIS RECORDING WITH TD. ALL BANKS HAVE THIS FACILITY OF DIRECT DEPOSIT, EXCEPT AMEX WHICH THEY EARLIER SAID YES BUT THEN BACKED OUT. RED FLAG #5

## JANUARY 11, 2018 (01/11/18) – ANOTHER FRAUD BY AMEX CAUGHT RED HANDED IN RECORDING

178.    IN "AMEX 8 & AMEX 9" – 2.55 PM, THE PLAINTIFF GIVES A CALL TO AMEX TO CHECK REGARDING #2008. WHAT IS THAT NUMBER FOR? SHE SAYS LET'S SET SECURITY PIN FOR CARD #02008. EARLIER SHE TOLD THE CARD WAS CANCELLED. THEN HAD TO RECORD THE CONVERSATION. THEN NOW SHE SAYS DO YOU WANT TO CANCEL THE CARD. ONLY MISREPRESENTATION OF FACTS, FRAUD. THE PLAINTIFFS DOES NOT HAVE ANY CARD FROM #2008. THERE ARE 3 ACCOUNT ON FILE #32005, #01000 AND #02003. THEN SHE SAYS #01000 IS OLD CARD. WHY SHE DID TELL ANYTHING ABOUT CARD #01000.

179.    NOW THE PLAINTIFF COMES TO KNOW THAT A NEW CARD HAS BEEN ISSUED IN PLACE OF THE CARD #01000. THIS IS FRAUD AND TORT. WHY IS THE NEW CARD ISSUED THE PLAINTIFF ASKS? **THEN SHE SAYS CARD #01000 IS EXPIRED AND SO WE WOULD HAVE TO SEND YOU A REPLACEMENT.** THEN THE PLAINTIFF SAYS IS FILLING A CASE AGAINST THE POLICE OF POUGHKEEPSIE, AS EVERYTIME THE CARD COMPANIES SHOE NEGLIGENT BEHAVIOR, IF THE PLAINTIFF CALLS OR MAKES PAYMENT THEY SAY HAVE NOT RECEIVED IT. THEN AMEX PROMISED TO GIVE A CALL BACK NO BODY CALLS BACK. WHY ARE THEY AFTER US LEAVE US ALONE. THEN THE **CARD # 01000 IS NOT EXPIRED** AS SEEN IN **PHOTO** "AMEX 10". THIS PROVES THAT THE PHONE OPERATOR IS CAUGHT **RED HANDED** COMMITNG FRAUD, MISREPRESENTATION OF FACTS, TORT.

179a.    **PLACE CHARGES OF NUISANCE, FRAUD, TORT, NEGLIGENCE, MISCONDUCT, SUPERVISION, SPYING, INVASION OF PRIVACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, COMMUNITY POLICING AND CONSPIRACY AGAINST AMEX CARDS FOR THE ABOVE NEGLIGENCE AND FRAUD.**

179b.    **ALSO PLACE SIMILAR CHARGES AGAINST SHERIFF OF POUGHKEEPSIE, TOWN AND CITY POLICE OF POUGHKEEPSIE ALONG WITH MISCONDUCT, NEGLIGENCE, COERCION TO FORCE THE DISCOVER TO BEHAVE THE WAY THEY WANT. THEY DO**

**NOT DO THEIR JOBS RIGHT AND THEN NOT LET AMEX CARDS ALSO DO THEIR JOB RIGHT.**

179c.   **PLACE CHARGES AGAINST SHERIFF OF POUGHKEEPSIE, CITY AND TOWN POLICE OF POUGHKEEPSIE FOR NEGLIGENCE, FRAUD, TORT, MISREPRESENTATION OF FACTS, BREACH OF DUTY, COMMUNITY POLICING, CRIMINAL CONSPRACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, MALPRACTICE, MISCONDUCT, COERCION** by forcing **AMEX CARDS** to BEHAVE the way they want, CORRUPTION for protecting Michael Friedlander the MOTIVE who used to beat the appellant's son on a daily basis at Holey Cream in Manhattan. He has good connections with the **NYPD**. ALSO charges of CORRUPTION, MISCONDUCT, NEGLIGENCE again for promoting and backing DOMESTIC TERRORISM in the apartment the appellants live by criminals living upstairs banging round the clock over the head of the appellants. THIS IS A PERFECT PLOT TO KILL THE APPELLANTS BY ALL MEANS. MAKE LIFE LIKE DEATH. A COMPLAINT IS ALSO FILLED FOR THIS AGAINST THEM.

180.   IN "AMEX 11"- 3.09PM THE PLAINTIFFS TYPES IN THE CARD NUMBER #01000 BUT THE ANSWERING MACHINE SAYS ARE YOU CALLING IN FOR CARD #02008. HAVE NO IDEA ABOUT THIS CARD NUMBER HAVE ANOTHER ACCOUNT FROM AMEX #02003.

181.   IN "AMEX 12"-3.10 PM THE PLAINTIFF IS TELLING THE PHONE OPERATOR WILL COLLPASE AS HAS NO CAPACITY TO TALK TO THEM. THEN SHE SAYS THE CARD #01000 GOT CANCELLED. THEN SHE SAYS THE PLAINTIFF HAD CALLED UP ON NOVEMBER 28TH 2017 AS HAD NOT RECEIVED THE CARD. BUT THIS IS ALREADY AN OLD EXISITING CARD.

182.   THE ONLY CARD THE APPELANT GOT WAS THE CARD #02003 WHICH IS A NEW CARD AS DID NOT GET THE CARD AT THE POST BOX. SO THEN AMEX SENT A REPLACEMENT CARD ENDING IN 02003. SO AGAIN THE USPS IS AT FAULT.

183.   IN "AMEX 13"- 3.12 PM, SHE SAYS #01000 IS BEEN REPLACED WITH CARD #02008. SHE THEN SAYS CARD # 01000 WAS OPENED ON THE AUGUST 16, 2016. SO WHY WILL THE PLAINTFF CALL TO REPLACE THIS PARTICULAR OLD EXISITNG CARD AS NOT BEING RECEIVED AS MENTIONED EARLIER. NONSNSE. THEN SHE SAYS THE # 01003. JUST TRYING TO CONFUSE THINGS UP MORE. CAN CHECK THE RECORDING. THEN SHE SAYS SHE SAID 01000. LIAR. MISREPRESENTATION OF FACTS. ALSO CAN SEE THE CARD #01000. HAVE NOT RECEIVED THE NEW SO CALLED CARD.

184.    IN "AMEX 14" – 3.16 PM, SHE SAYS THE CARD #02003 WAS OPENED ON NOVEMBER 3RD 2017 AND THEN AT THE REQUEST OF THE PLAINTIFF AMAEX SENDS A NEW CARD #2003 AND IT HAS NOTHING TO DO WITH THE OLD EXISTING CARD# 01000. THEN SHE SAYS IT WAS POSSIBLE THAT THIS CARD #01000 WAS NOT RECEIVED, BUT THIS IS ALREADY AN ACTIVE CARD, SO WHERE DOES THE QUESTION ARISE OF NOT RECEIVING IT AFTER A YEAR OR SO. RIDICULOUS. SHE SAYS THE PALINTIFF DECLARED THIS CARD AS LOST ON NOVEMEBR 28TH 2017. NEVER NEVER. THEN WHY WILL THE PLAINTIFF CALL ON THE FIRST PLACE TO INQUIRE REGARDING CARD #01000 AS IS NOT AWARE OF CARD #02008 ISSUED IN PLACE OF CARD #01000. IMPOSSIBLE. DECEMBER ALSO THE PLAINTIFF MADE THE PAYMENT. AT THAT TIME ALSO AMEX NEVER INFORMED ABOUT THIS CARD #02008, AS THE PLAINTIFF MADE REGULAR PAYMENTS FOR CARD#01000. HAVE PROOFS WIRTTEN. ALSO CAN SEE THE CARD #02003.

185.    SHE SAYS IT WAS DONE THRU YOUR PHONE AND AS SEEN IN NOTES THEN SHE ALSO SAYS IF YOY ARE GOING TO ASK ME WHY YOU HAVE TO DECLARE IT THAT WAY OR GET A REPLACEMENT AND I WONT BE ABLE TO TELL. **IT WOULD EITHER BE A LOST CARD OR A NON RECEIVED ISSUE**. JUST SEE THE WAY SHE IS TALKING ALL OVER. IT IS PAINFUL AND STRESSFULL. THE PLAINTIFF WILL COLLAPSE. CAN CHECK THE RECORDINGS WITH AMEX ALSO.

186.    **PLACE CHARGES OF NUISANCE, FRAUD, TORT, NEGLIGENCE, MISCONDUCT, SUPERVISION, SPYING, INVASION OF PRIVACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, COMMUNITY POLICING AND CONSPIRACY AGAINST AMEX CARDS FOR THE ABOVE NEGLIGENCE AND FRAUD.**

187.    **ALSO PLACE SIMILAR CHARGES AGAINST SHERIFF OF POUGHKEEPSIE, TOWN AND CITY POLICE OF POUGHKEEPSIE ALONG WITH MISCONDUCT, NEGLIGENCE, COERCION TO FORCE THE DISCOVER TO BEHAVE THE WAY THEY WANT. THEY DO NOT DO THEIR JOBS RIGHT AND THEN NOT LET AMEX CARDS ALSO DO THEIR JOB RIGHT.**

188.    **PLACE CHARGES AGAINST SHERIFF OF POUGHKEEPSIE, CITY AND TOWN POLICE OF POUGHKEEPSIE FOR NEGLIGENCE, FRAUD, TORT, MISREPRESENTATION OF FACTS, BREACH OF DUTY, COMMUNITY POLICING, CRIMINAL CONSPRACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF**

**EMOTIONAL DISTRESS, MALPRACTICE, MISCONDUCT, COERCION** by forcing **AMEX CARDS** to BEHAVE the way they want, CORRUPTION for protecting Michael Friedlander the MOTIVE who used to beat the appellant's son on a daily basis at Holey Cream in Manhattan. He has good connections with the **NYPD**. ALSO charges of CORRUPTION, MISCONDUCT, NEGLIGENCE again for promoting and backing DOMESTIC TERRORISM in the apartment the appellants live by criminals living upstairs banging round the clock over the head of the appellants. THIS IS A PERFECT PLOT TO KILL THE APPELLANTS BY ALL MEANS. MAKE LIFE LIKE DEATH. A COMPLAINT IS ALSO FILLED FOR THIS AGAINST THEM.


## JUST FOR THE RECORD THE HONORABLE COURT MUST BE AWARE OF THIS INFORMATION. NOVEMBER 28, 2017 (11/28/17)


189.    WITH REFERENCE TO THE ABOVE INFORMATION, THE PLAINTIFFS HAD ASLO GIVEN A CALL TO AMEX BECAUSE HAD NOT RECEIVED THE NEW CARD IT APPLIED ON 11/28/17 AS DID NOT RECEIVE THE CARD APPLIED ON NOVEMBER 3RD 2017. ONLY RECEIVED A LETTER REGARDING ADDING THE EMAIL ADDRESS AND ACCOUNT ENDING #01005 (NOW REPLAEMENT #02003). THE COPY OF THE LETTER IS "AMEX 15".

190.    ALSO SINCE THE PLAINTIFF NEVER RECEIVED THE CARD OTHER THAN THE ABOVE LETTER, "AMEX 16 AND AMEX 17". AS THE PLAINTIFF NEVER GETS HALF OF HIS MAILS AND EVEN IF GETS ARE LATE. SO IS IN PROCESS OF FILLING A CASE AGAINST THE USPS. ALSO AGAISNT THE SHERIFF AND POLICE OF POUGHKEEPSIE AS WELL FOR FORCING USPS FOR NOT DOING THEIR JOBS EFFECIENTLY. SO IN SHORT AMEX SENDS A CARD BY FEDEX OVERNIGHT.

191.    SO NEXT DAY ON NOVEMBER 29, 2017 THE PLAINTIFF RECEIVED A NEW CARD ENDING IN #02003. THE FEDEX TRACKING # 4079 1940 7151. THIS PROVES THAT ONLY THE NEWLY CARD APPLIED ON NOVEMBER 4, 2017 IS BEEN REPLACED AND NOT THE CARD #01000 OR NOW THEY CALL IT #02008, ATLEAST THE PLAINTIFF NEVER HAD REQUESTED FOR THIS REPLACEMENT. CAN ALSO REFER TO RECORDING "AMEX 16 AND AMEX 17" WITH THE AMEX PHONE OPERATOR FOR MORE TRUTH. IT IS SELF EXPLANATORY . AS THE PLAINTIFF DOES NOT ITS MAIL WHICH PROVES USPS IS GUILTY OF STEALING THE PLAINTIFFS MAILS. THEN THE PLAINTIFFS SAYS IS IN PROCESS OF FILING A CASE AGAINST USPS, SHERIFF AND THE POLICE OF POUGHKEEPSIE.

191a.    SO IN SHORT EVEN THIS TIME USPS IS THE MOTIVE FOR MAKING AMEX COMMIT MISREPRESENTATION OF FACTS BY ISSUING NEW CARD #02008 FOR AN OLD EXISTING CARD #01000 ON THE VERY SAME DAY NOVEMBER 28, 2017, WHEREAS IN REALITY IT WAS THIS CARD ENDING IN #01005 WHICH WAS REPLACED WITH CARD # 02003 AS SEEN IN AMEX 16 AND AMEX 17 AND NOT THE CARD #01000. BUT STILL AMEX REPLACED IT ALSO WITH CARD #02008 ON ITS OWN DISCRETION. ONLY TO CREATE MORE CONFUSION, MOTIVE USPS FOR AMEX TO BEHAVE NEGLIGENLTY AS ABOVE (- 1ST MOTIVE), BECAUSE THE CARD #01005 IS NOT BEEN DELIVERED AT THE PO BOX (USPS) UNTIL NOW SINCE HAVE MAIL FORWARDING SERVICE FOR 7 N GRAND AVE #1 POUGHKEEPSIE NY 12603.

191b.    EVEN ABOVE A COMPLAINT AGAINST DISCOVER CARDS USPS WAS THE MOTIVE FOR DISCOVER DENYING THE PAYMENT MADE BY THE PLAINTIFF ON THE VERY SAME DAY 09/13/17 WHEN USPS (– 2ND MOTIVE) WAS CAUGHT RED HANDED FOR NOT CHARGING THE PLAINTIFF'S DISCOVER CARD FOR ITS RENT EVERY 3 MOTNHS (EVEN THOUGH ENOUGH FUNDS ARE AVAILABLE ON THE CARD) WHICH THEY TOOK 2 TIMES PREVIOUSLY AND WHY NOT NOW AND THEN CLOSING THE PO BOX BY SAYING DISCOVER CARD DID NOT GO THRU. THEN EVEN THOUGH PLAINTIFF HAS A CONFIRMTION NUMBER FOR DISOCVER PAYMENT MADE ON SAME DAY 11/13/17 BUT DISCOVER DENIES IT. SO AGAIN USPS IS THE MOTIVE FOR DISCOVER CARDS NEGLIGENT BEHAVIOR (-2ND MOTIVE). SO IN SHORT USPS, DISCOVER OR AMEX OR ANY OTHER CARDS ARE BEHAVING AT THE ORDERS OF THE SHERIFF AND POLICE OF POUGHKEEPSIE. THIS IS ALL WITH PROOFS.

191c.    THE POLICE DOES NOT DO THEIR JOBS RIGHT AND NOT LET OTHERS ALSO DO THEIR JOBS EFFECIENTLY.

191d.    PLACE CHARGES OF NUISANCE, FRAUD, TORT, NEGLIGENCE, MISCONDUCT, SUPERVISION, SPYING, INVASION OF PRIVACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, COMMUNITY POLICING AND CONSPIRACY AGAINST USPS, AMEX CARDS AND DISCOVER CARDS FOR THE ABOVE NEGLIGENCE AND FRAUD.

191e.    ALSO PLACE SIMILAR CHARGES AGAINST SHERIFF OF POUGHKEEPSIE, TOWN AND CITY POLICE OF POUGHKEEPSIE ALONG WITH MISCONDUCT, NEGLIGENCE, COERCION TO FORCE THE DISCOVER TO BEHAVE THE WAY THEY WANT. THEY DO NOT DO THEIR JOBS RIGHT AND THEN NOT LET USPS, AMEX CARDS AND DISCOVER CARDS ALSO DO THEIR JOB RIGHT.

191f.   **PLACE CHARGES AGAINST SHERIFF OF POUGHKEEPSIE, CITY AND TOWN POLICE OF POUGHKEEPSIE FOR NEGLIGENCE, FRAUD, TORT, MISREPRESENTATION OF FACTS, BREACH OF DUTY, COMMUNITY POLICING, CRIMINAL CONSPRACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, MALPRACTICE, MISCONDUCT, COERCION** by forcing **USPS, AMEX CARDS AND DISCOVER CARDS** to BEHAVE the way they want, CORRUPTION for protecting Michael Friedlander the MOTIVE who used to beat the appellant's son on a daily basis at Holey Cream in Manhattan. He has good connections with the **NYPD.** ALSO charges of CORRUPTION, MISCONDUCT, NEGLIGENCE again for promoting and backing DOMESTIC TERRORISM in the apartment the appellants live by criminals living upstairs banging round the clock over the head of the appellants. THIS IS A PERFECT PLOT TO KILL THE APPELLANTS BY ALL MEANS. MAKE LIFE LIKE DEATH. A COMPLAINT IS ALSO FILLED FOR THIS AGAINST THEM.

## PLAINTIFF MAKES PAYMENT IN THE MONTH OF DECEMBER DUE ON JAN 1ST 2018

192.   PLAINTIFF MAKES PAYMENT IN THE MONTH OF **DECEMBER 2017** DUE ON **JAN 1ST 2018** BUT THE AUTOMATIC ANSWERING MACHINE NEVER PROMPTED ABOUT THE SO CALLED CARD# 02008. IT ONLY INFORMED THE PLAINTIFF ABOUT CARD# 01000. CAN SEE THIS IN "AMEX 18" THE COPY OF SHEET OF THE PAYMENT CHART OF THE PLAINTIFF. ONLY OLD CAR NUMBERS AND NO NEW CARD NUMBER LIKE #02008 BUT #01000 AND OTHER REPLACED CARD #02003. SO STILL THE PLAINTIFF WRITES CARD # 02003 AND #01000 IN THE PAYMENT CHART, AS IS UNAWARE OF THE CARD#02008.

193.   THEN SIMILARLY, "AMEX 19" THE COPY OF SHEET OF THE PAYMENT CHART OF THE PLAINTIFF WHEN MAKES PAYMENT IN THE MONTH OF **JANUARY 2018** DUE ON **FEB 1ST 2018** BUT THE AUTOMATIC ANSWERING MACHINE PROMPTED ABOUT THE SO CALLED CARD# 02008 AS SEEN IN AMEX 10 ABOVE ON 01/11/17. THEN THE REST OF THE RECORDINGS. SO IN THEN SHEET AMEX 16 CAN SEE NEW SO CALLED CARD #02008 IN PLACE OF CARD #01000 AND THEN ANOTHER CARD 02003. THIS PROVES THAT NOW AMEX INFORMS THE PLAINTIFF ABOUT CARD# 02008, WHICH WAS REPLACED BY THEM IN THE MONTH OF NOVEMEBR PRECISELY NOVEMBER 28TH 2017, BUT THE SAME DAY THE ONLY CARD REPLACED WAS CARD #01005 FOR NEW CARD #02003 AND THE PLAINTIFF NEVER ASKED TO REPLACE THE CARD #01000. **ANOTHER REPETITIVE NEGLIGENCE AND FRAUD BY AMEX.**

194.    ALSO AMEX DID NOT INFORM ABOUT THIS CARD #02008 WHEN MADE PAYMENT IN DECEMBER 2017 FOR JAN 1ST DUE DATE, BUT INFORMED THE PLAINTIFF ABOUT THIS REPLACED CARD # 02008 IN THE MOTH OF JANUARY WHEN THE PLAIN TIFF WAS MAKING PAYMENT FOR FEB 1ST DUE DAT. SO WHY NOW IT IS PROMPTING ABOUT NEW REPLACED CARD #02008 AND NOT IN DECEMBER MONTH, WHEREAS THE CARD WAS REPLACED BY AMEX CARD #01000 ON NOVEMBER 28, 2017 WITH #02008. ANOTHER NEGLIGENCE AND FRAUD. **ANOTHER REPETITIVE NEGLIGENCE AND FRAUD BY AMEX.**

195.    THEN SIMILARLY, "AMEX 20" THE COPY OF SHEET OF THE PAYMENT CHART OF THE PLAINTIFF WHEN MAKES PAYMENT IN THE MONTH OF **FEBRUARY 2018** DUE ON **MAR 1ST 2018 AND NOW CAN SEE 2 AMEX CARD NUMBERS. #02008 AND #02003. SO NO THE PLAINTIFF IS AWARE OF THE CARD NUMBERS AND MADE CHANGES ACCORDINGLY FORCEFULLY.**

196.    **PLACE CHARGES OF NUISANCE, FRAUD, TORT, NEGLIGENCE, MISCONDUCT, SUPERVISION, SPYING, INVASION OF PRIVACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, COMMUNITY POLICING AND CONSPIRACY AGAINST USPS, AMEX CARDS AND DISCOVER CARDS FOR THE ABOVE NEGLIGENCE AND FRAUD.**

197.    **ALSO PLACE SIMILAR CHARGES AGAINST SHERIFF OF POUGHKEEPSIE, TOWN AND CITY POLICE OF POUGHKEEPSIE ALONG WITH MISCONDUCT, NEGLIGENCE, COERCION TO FORCE THE DISCOVER TO BEHAVE THE WAY THEY WANT. THEY DO NOT DO THEIR JOBS RIGHT AND THEN NOT LET USPS, AMEX CARDS AND DISCOVER CARDS ALSO DO THEIR JOB RIGHT.**

198.    **PLACE CHARGES AGAINST SHERIFF OF POUGHKEEPSIE, CITY AND TOWN POLICE OF POUGHKEEPSIE FOR NEGLIGENCE, FRAUD, TORT, MISREPRESENTATION OF FACTS, BREACH OF DUTY, COMMUNITY POLICING, CRIMINAL CONSPRACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, MALPRACTICE, MISCONDUCT, COERCION** by forcing **USPS, AMEX CARDS AND DISCOVER CARDS** to BEHAVE the way they want, CORRUPTION for protecting Michael Friedlander the MOTIVE who used to beat the appellant's son on a daily basis at Holey Cream in Manhattan. He has good connections with the **NYPD**. ALSO charges of CORRUPTION, MISCONDUCT, NEGLIGENCE again for promoting and backing DOMESTIC

TERRORISM in the apartment the appellants live by criminals living upstairs banging round the clock over the head of the appellants. THIS IS A PERFECT PLOT TO KILL THE APPELLANTS BY ALL MEANS. MAKE LIFE LIKE DEATH. A COMPLAINT IS ALSO FILLED FOR THIS AGAINST THEM.

## ANOTHER INFORMATION THE HONORABLE COURT SHOULD ALSO BE AWARE OF

199.    THE PLAINTIFF DOES NOT RECOLLECT THE DATE, BUT ONCE HAD CALLED UP SINCE HAD MISPLACED THE CARD #32005 AND AMEX SENT A NEW CARD WITH # 02016. SO THE PLAINTIFF HOPES AMEX DOES NOT USE THIS RECORDING FOR THE NOVEMBER 28TH INCIDENT WHERE AMEX SAYS THE PLAINTIFF HAD CALLED FOR THE CARD REPLACEMENT. **THIS AGAIN PROVES THAT THE PLAINTIFF ACCEPTS AND TAKES RESPONSIBILITY WHEN HAD ASKED/REQUESTED TO REPLACE FOR A NEW CARD. SIMPLY IS NOT WASTING ITS OWN TIME AND THE TIME OF THE HONORABLE COURT.**

## FEBRUARY 26TH 2018 (02/26/18) – CARD BEYOND LIMIT OF $2000 AS NO LIMIT CARD WITHOUT PLAINTIFF BEING NOTIFIED

200.    THE PLAINTIFFS ON 02/26/18 WHEN CALLED TO CHECK THE BALANCE FOR CARD # 02003, FINDS OUT THAT THE TOTAL BALANCE ON THE CARD AS OF TODAY IS 2630.38. BUT THE CARD LIMIT IS ONLY FOR $2000. WHY DID AMEX NOT DECLINE THE CARD BEYOND $2000 LIMIT. SO THE PLAINTIFFS GIVES A CALL TO AMEX. FIRST SHE SAYS THIS EXCESS CREDIT OVER THE LIMIT OF THE CREDIT LINE OF $2000.00 GIVEN BY AMEX IS DUE TO THE **PLAINTIFFS CREDIT WORTHINESS.** THE PLAINTIFF DID NOT GET A CHANCE TO RECORD THIS. CAN CHECK WITH AMEX FOR RECORDINGS. **PRESS CHARGES OF MISREPRESENTATION OF FACTS, FRAUD, TORT AND NEGLIGENCE AGAINST AMEX.**

201.    "AMEX 21"-9.42 AM, THE PLAINTIFF ASKED FOR THE LIST OF TRANSACTIONS JUST IN CASE. THESE TRANSAACTIONS FROM STAPLES FOR ODD $32.34, $46.52, $59.60, $52.32, $53.55 $53.55, $64.94, $64.94, $65.06, $65.77 ARE FROM STAPLES. THE PLAINTIFF DOES NOT DENY THESE CHARGES AS HAS MADE OVER 5000 COPIES FROM STAPLES FOR ITS CASE #09240, 9241 AND 09242 OF 2017 AGAINST THE DOCTORS FOR MALPRACTICE AS MENTIONED ABOVE. THE PLAINTFF TOTALLY AGREES ITS MISTAKE FOR USING IT BEYOND THE CREDIT LIMIT OF $2000. SO THESE PURCHASES ARE ALMOST $558.56 ONLY AT STAPLES. MORE OR LESS THSES ARE THE TRANSACTIONS THAT WERE OVERBOARD.

202.    "AMEX 22" – 9.47 AM, THE PLAINTIFF SAYS AMEX WOULD HAVE USED ANOTHER CARD. SO WHY NOT DECLINE THE CARD OR ATLEAST PROMPTED THE PLAINTIFF WHATS GOING ON. EVEN WHEN THE PLAINTIFF MADE A PURCHASE OF OVER $100.00 AMEX

BLOCKED THE CARD. SO HAD TO CALL BACK AND WAS A SECURITY CHECK THANK YOU FOR ALL THAT. THEN SHE SAYS ACCORDING TO TERMS AND CONDITIONS CERTAIN TYPE OF PURCHASES LIKE **GAS SPENDING** WILL BE **PROCESSED EVEN IF ABOVE THE LIMIT OF THE CARD ALLOTED. AGAIN PRESS CHARGES OF MISREPRESENTATION OF FACTS, FRAUD, TORT AND NEGILGENCE AGAINST AMEX.**

203.    THEN THE PLAINTIFF ASKS ABOUT STAPLES, SHE SAYS **STAPLES SPENDING COMES WITHIN THE LIMIT OF $2000**. THEN SHE GOES TO EXXON. WHAT IS THE PLAINTIFF ASKING? **MISREPRESENTATION OF FACTS, FRAUD AND TORT CHARGES AGAINST AMEX.**

204.    **HAVING SAID THAT STAPLES TRANSACTION ACCORDING TO THE AGREEMENT SHOULD NOT HAVE GONE THRU OR DO NOT CROSS THE LIMIT.**

205.    THEN SHE MENTIONS WHEN WE SEE A **LOT OF TRANSACTIONS WITH A PATTERN WE DO CALL YOU TO MAKE SURE YOU ARE THE ONE USING THE CARD.** THAT'S ALL.

206.    NOW JUST **LOOK AT THE PATTERN OF TRNSACTIONS AT STAPLES MENTIONED ABOVE**. NOW THE HONORABLE COURT IS AWARE THESE ARE DONE BY THE PLAINTIFF. BUT FROM THE CARD COMPANIES PERSPECTIVE THIS IS A PERFECT FRAUD INDICATION. REPETITIVE PATTERN OF TRANSACTION AS THE OPERATOR MENTIONED ABOVE. **SO WHY DID NOT AMEX GIVE A CALL TO THE PLAINTIFF TO CROSS CHECK IS THE USER USING THE CARD AT STAPLES WHICH THEY DID PREVIOUSLY FOR WAL MART TRANSACTION BUT BLOCKING THE CARD WHEN WENT OVER $100 PURCHASE. YOU DID NOT DO YOUR JOB RIGHT. AGAIN PRESS CHARGES OF MISREPRESENTATION OF FACTS, FRAUD, TORT AND NEGLIGENCE.**

207.    ON TOP OF THAT THESE ARE THE TRANSACTIONS AROUND $ 560 WHICH BROUGHT THE CARD BALANCE TO A TOTAL OF $2630.38 ABOVE $2000 CREDIT LIMIT ASSIGNED TO THE PLAINTIFF. SO AMEX INCREASED THE CREDIT LINE OF $2000 FOR SUCH PERFECT FRAUDULENT PATTERN OF REPETITVE TRANSACTIONS WITHOUT EVEN CROSS CHECKING WITH THE PLAINTIFF. AMEX FAILED TO DO ITS JOB RIGHT. AS SIMPLE AS THAT.

208.    THEN SHE SAYS IT IS NOT A SECURITY MATTER GOING OVER LIMIT LINE, BUT EALIER SHE SAYS IF WE SEE A LOT OF TRANSACTIONS WITH A PATTERN. **AGAIN PRESS CHARGES OF MISREPRESENTATION OF FACTS, FRAUD, TORT, CONSPIRACY.**

209.   "AMEX 23" – 9.51AM THE PLAINTIFFS ASK WHEN IS THE NEXT DUE DATE AND HOW MUCH IS THE MINIMUM PAYMENT DUE. SHE SAYS THE BILL WILL BE **PRINTED TODAY**. THE BALANCE AS OF NOW IS 2630.38. SHE IS NOT ABLE TO ANSWER WHAT IS THE MINIMUM AMOUNT DUE ON MARCH 23RD 2018.

209a.   **PLACE CHARGES OF NUISANCE, MISREPRESENTATION OF FACTS, FRAUD, TORT, NEGLIGENCE, MISCONDUCT, SUPERVISION, SPYING, INVASION OF PRIVACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, COMMUNITY POLICING AND CONSPIRACY AGAINST AMEX CARDS FOR THE ABOVE ENTIRE ABOVE RECORDING ON 02/26/18.**

209b.   **ALSO PLACE SIMILAR CHARGES AGAINST SHERIFF OF POUGHKEEPSIE, TOWN AND CITY POLICE OF POUGHKEEPSIE ALONG WITH MISCONDUCT, NEGLIGENCE, COERCION TO FORCE THE DISCOVER TO BEHAVE THE WAY THEY WANT. THEY DO NOT DO THEIR JOBS RIGHT AND THEN NOT LET AMEX CARDS ALSO DO THEIR JOB RIGHT.**

209c.   **PLACE CHARGES AGAINST SHERIFF OF POUGHKEEPSIE, CITY AND TOWN POLICE OF POUGHKEEPSIE FOR NEGLIGENCE, FRAUD, TORT, MISREPRESENTATION OF FACTS, BREACH OF DUTY, COMMUNITY POLICING, CRIMINAL CONSPIRACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, MALPRACTICE, MISCONDUCT, COERCION** by forcing **AMEX CARDS** to BEHAVE the way they want, CORRUPTION for protecting Michael Friedlander the MOTIVE who used to beat the appellant's son on a daily basis at Holey Cream in Manhattan. He has good connections with the **NYPD**. ALSO charges of CORRUPTION, MISCONDUCT, NEGLIGENCE again for promoting and backing DOMESTIC TERRORISM in the apartment the appellants live by criminals living upstairs banging round the clock over the head of the appellants. THIS IS A PERFECT PLOT TO KILL THE APPELLANTS BY ALL MEANS. MAKE LIFE LIKE DEATH. A COMPLAINT IS ALSO FILLED FOR THIS AGAINST THEM.

## FEBRUARY 27, 2018 (02/27/18) - SHE SAYS THERE IS NO SET LIMIT ON THE CARD

210.   "AMEX 24" – 3.47 AM, SHE SAYS THE CARD CAN CROSS THE LIMIT BECAUSE OF THE CREDIT WORTHINESS OF THE PLAINTIFF. BUT THIS IS KILLING THE PLAINTIFF.

211.   "AMEX 25", - 3.49 AM, YESTERDAY THE OPERATOR SAID TODAY WILL PRINT THE BILL ON 26TH FEBRUARY 2018 AS MENTIONED IN AMEX 23 RECORDING. BUT THIS

OPERATOR SAYS WILL COME TO KNOW THE MINIMUM PAYMENT WITHIN 24 HOURS FROM STATEMENT POSTING DATE.

212.   PRESS CHARGES OF MISREPRESENTATION OF FACTS, FRAUD, TORT AND NEGLIGENCE.

213.   "AMEX 26", - 3.52 AM, THE PLAINTIFF IS ASKING AS OF NOW WHAT IS THE SPENDING LIMIT ON THE CARD NOW. **SHE SAYS THERE IS NO SET LIMIT ON THE CARD**. (SO AMEX IS MAKING THIS CARD WITH A LIMIT LIKE OTHER CARDS IN GREEN COLOR OR GOLD CARD WITH NO SET LIMIT. WE DO NOT NEED THOSE RISKY CARD OF YOURS. THANK YOU SO MUCH).

214.   THEN SHE TALKS ABOUT TEST CHARGE ABOUT CERTAIN AMOUNT THAT THE PLAINTIFF WOULD LIKE TO USE THE CARD FOR. THEN THE PLAINTIFF ASKS CAN YOU TELL THE MINIMUM PAYMENT DUE, SHE SAYS AFTER 24 HOURS. THEN THE PLAINTIFF TELLS HER, IF AMEX IS EXPECTING TO TAKE THE OVERDRAWN AMOUNT OF $630.38, THEN THE PLAINTIFF IS NOT GOING TO PAY IT. NEVER FORGET IT.

215.   THEN SHE SAYS TO BE ON HOLD FOR 1 TO 2 MINUTES, BUT SHE COMES BACK IN 10 SECONDS AS CAN SEE IN THE RECORDING. RECORDING IS ON. SO IN 10 SECONDS SHE SAYS THE MINIMUM PAYMENT IS $35.00. WHY WAIT FOR 24 HOURS THEN. IT IS ALL IN FRONT OF THE HONORABLSE COURT.

216.   IF AMEX IS TRUE IN WHAT IT IS SAYING TO WAIT FOR 24 HOURS THEN EVEN WHEN THE PLAINTIFF IF TELLING THAT IT WOULD NOT PAY THE OVERDRAWN AMOUNT THEN AMES IN 10 SECONDS GIVES AN ANSWERS. WHAT IS ALL THIS. NONSENSE. FRAUD. IF AMEX IS TRUE IN ITS STATEMENTS TO WIT FOR 24 HOURS THEN WHY NOW 10 SECONDS. STICK WITH YOUR STATEMENT. PROOF OF FRAUD WHEREAS IN AMEX 23 THE OPERATOR YESTERDAY SAYS THE BILL WILL BE PRINTED TODAY. RISKY BUSINESS. HOW CAN THE PLAINTIFF TRUST THEM.

217.   THE PLAINTIFF THANKS FOR THIS LIMIT BUT THIS IS WAY BEYOND THE PLAINTIFFS LIMIT SET ON EVERY CARD IT HAS. THEN THE PLAINTIFF ASKS TO CANCELL THE CARD AS THIS AMOUNT IS ALMOST THE DOUBLE AMOUNT THAT THE PLAINTIFF HAS SET FOR EVERY CARD. THE PLAINTIFF HAS SET A LIMIT ON EVERY CARD HOW MUCH IT IS SPENDING AND LOOK OFRWARD TO PAY IT EVENTUALLY IN A CERTAIN PERIOD OF TIME.

218.   GIVING A CREDIT WHICH IS MORE THAN 1 AND HALF TIME MORE WHICH IS KILLING THE PLAINTIFF. THEN THERE IS NO SET LIMIT, THE PLAINTIFF DOES NOT DENY

THESE CHARGES. ACCEPTS RESPONSIBILITY. BUT BEING A CARD PROVIDER WHY AMEX DID NOT DECLINE THE CARD. WHY IT DID NOT INFORM THE PLAINTIFF, LIKE IT DID IN THE CASE FOR WALMART FOR A PURCHASE OF $100 SND OVER FOR THE PLAINTIFFS SECURITY. **THIS IS LIKE A NO LIMT CASINO TABLE.**

218a.    IT IS JUST BECAUSE THE PLAINTIFF HAPPENED TO CALL AMEX OR ELSE SKY IS THE LIMIT. SEND THEM TO JAIL. THEY FORGOT WHAT THEY DID TO THE AMERICAN ECONOMY IN 2007. THEY ARE TO BE BLAMED. PEOPLE WHO CANNOT AFFORD TO PAY THE CARD THEY GIVE THEM TONS OF CREDIT. JUST FOR YOUR GREED AT THE COST OF THE ECONOMY AND THE PEOPLE. FRAUDSTERS. THIEVES.

218b.    209a.    **PLACE CHARGES OF NUISANCE, MISREPRESENTATION OF FACTS, FRAUD, TORT, NEGLIGENCE, MISCONDUCT, SUPERVISION, SPYING, INVASION OF PRIVACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, COMMUNITY POLICING AND CONSPIRACY AGAINST AMEX CARDS FOR THE ABOVE ENTIRE ABOVE RECORDING ON 02/27/18.**

209b.    **ALSO PLACE SIMILAR CHARGES AGAINST SHERIFF OF POUGHKEEPSIE, TOWN AND CITY POLICE OF POUGHKEEPSIE ALONG WITH MISCONDUCT, NEGLIGENCE, COERCION TO FORCE THE DISCOVER TO BEHAVE THE WAY THEY WANT. THEY DO NOT DO THEIR JOBS RIGHT AND THEN NOT LET AMEX CARDS ALSO DO THEIR JOB RIGHT.**

209c.    **PLACE CHARGES AGAINST SHERIFF OF POUGHKEEPSIE, CITY AND TOWN POLICE OF POUGHKEEPSIE FOR NEGLIGENCE, FRAUD, TORT, MISREPRESENTATION OF FACTS, BREACH OF DUTY, COMMUNITY POLICING, CRIMINAL CONSPRACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, MALPRACTICE, MISCONDUCT, COERCION** by forcing **AMEX CARDS** to BEHAVE the way they want, CORRUPTION for protecting Michael Friedlander the MOTIVE who used to beat the appellant's son on a daily basis at Holey Cream in Manhattan. He has good connections with the **NYPD**. ALSO charges of CORRUPTION, MISCONDUCT, NEGLIGENCE again for promoting and backing DOMESTIC TERRORISM in the apartment the appellants live by criminals living upstairs banging round the clock over the head of the appellants. THIS IS A PERFECT PLOT TO KILL THE APPELLANTS BY ALL MEANS. MAKE LIFE LIKE DEATH. A COMPLAINT IS ALSO FILLED FOR THIS AGAINST THEM.

219.   THE PLAINTIFF STILL SAYS, EVERY CARD IT HAS IT TAKES GREAT PRIDE IN MAKING ITS PAYMENT. THE PLAINTIFF'S **HOUSE RUNS ON CREDIT CARDS** AND NOT BY THE **$150.00** THAT HER DAUGHTER GIVES EVERY MONTH FOR EXPENSES. **EVERY CARD IS LIKE THEIR FAMILY MEMBER**. WE TAKE CARE OF YOU. BUT YOU IN RETURN DO NOT CARE. THIS IS THE **TRUTH**.

## OTHER INFORMATION THE HONORABLE COURT SHOULD BE AWARE OF

- A CASE HAS BEEN FILES AGAIST SPIEGEL, BROWN & FICHERA IS FILLED FOR PASSING A STATEMENT NOTHING IS GOING TO CHANGE IN RESPECT WITH DR KOSZER OF DOCKET # 2017-09240

- SIMILARY COMPLAINT HAS BEEN FILED AGAINST JUDGE GROSSMAN FOR CORRUPTION, NEGLIGENCE AND MISCONDUCT FOR NOT PROTECTING THE INTEREST OF THE PLAINTIFF FROM THE ABOVE CULPABLE STATEMENT MADE BY THE ATTORNEY.

- ALSO CASES HAVE BEEN FILLED AGAINST THE ATTORNEYS WHO TRIED TO DEMOTIVATE THE APPELLANT BY SAYING A TENANT HAS NO RIGHT, ADVICE TO MOVE OUT AND ALSO REGAGRDING THE POLICE MISCONDUCT AND DOMESTIC TERRORISM.

- THE CASE NUMBER FOR THE ABOVE COMPLAINT AGAINST THE ATTORNEYS AND THE JUDGE IS # 383 – 2018.

- A COMPLAINT IS ALSO IN PROCESS TO BE FILLED AGAINST THE SHERIFF OF POUGHKEEPSIE, CITY AND OWN POLICE AND OTHERS FOR THEIR MISCONDUCT AND SPONSORING DOMESTIC TERRORISM, BREAK IN 30 -40 TIMES IN APARTMENT AND SO ON

- THE PLAINTIFFS DAUGHTER IS AWARE THAT THE UPSTAIRS PEOPLE ARE BANGING FROM UPSTAIRS. SHE HERSELF HAS CONFESSED IT. THEN ALSO AT MULTIPLE OCASSIONS HAS COME TO THE APARTMENT ASSAULTING HER BROTHER, THE PLAINTIFFS SON. HE WAS ALSO BLEEDING. HAVE PICTURES. THE CEILING ALSO HAS FELL ON THE PLAINTIFF. A CASE IS ALSO FILLED AGAINST HER AND LANDLORD FOR SPONSORING DOMESTIC TERRORISM AND ATTEMPT TO MURDER. AS THIS APARTMENT THE PLAITNIFFS LIVE IS A PERFECT PLOT TO KILL THE PLAINTIFFS.

- A CASE IS ALSO IN TO BE FILED AGAINST THE STORE, RESTAURANT OWNERS WHERE THE APPELLANT IS BEEN DENIED GAS, DO NOT TAKE CREDIT CARDS,

CANCELLING CARD TRANSACTIONS MULTIPLE TIMES, ALONG WITH MYSTERY SHOPPERS ARE PUSHING THE APPELLANTS IN EVERY STORE THEY GO. THE STORE EMPLOYESS ALSO PUSH THE APPELLANTS. SO IN ALL THIS IS DONE BY THE SHERIFF AND THE POLICE TO SAVE MICHAEL FRIEDLANDER. MADE LIFE OF THE APPELLANT NOT LESS THAN DEATH. WHOM TOGO TO COMPLAIN.

- A CASE IS ALSO TO BE FILED AGAINST DOCTORS WHO STILL DO NOT STOP THEIR NEGLIGENCES NOT LETTING THE APPELLANT KNOW HER INR RESULT, EVERY WEEK THE APPELLANT CALLS THEN AFTER A MONTH SAYS WE DID NOT GET THE INR RESULT AND DID THE INR TEST AGAIN, THEN AFTER A WEEK SAY INR IS 4.8 AND ADVICE TO GIVE 5 MG. INSANE? AND SON ON. THEN AGILE HOME CARE AFTER A MONTH AND HALF SAYS FIDELIS DENIES APPROVAL OF HOME MONTORING SYSTEM TO MEASURE INR AT HOME, WHEREAS FIDELIS CARE SAYS THE APPELLANT DOES NOT NEED TO PAY ANTYTHING. AGILE SAYS THE APPELLANT NEEDS TO PAY 25% AND 75 % FIDELIS CARE PAYS. IT IS NEVER ENDING. A PLOT TO KILL THE APPELLANTS.

- SO IN ALL WHETHER AT THE APARTMENT THERE ARE MICROPHOINES OR AT DOCTORS PLACE OR STORES OR ANY PLACE THE APPELLANT GOES THEY ARE UNDER SURVEILANCE AND BEEN STALKED. A PERFECT ATTEMPT TO MURDER.

## CONCLUSION

IN GOD WE TRUST. TRUTH IS NOTHING BUT ANOTHER FORM OF GOD. SO WE MUST BELIEVE IN THE TRUTH. TRUTH PREVAILS.

By reason of the facts and circumstances stated above, PLAINTIFF has been damaged by defendant CAPITAL ONE BANK in the sum of $5,00,000.

By reason of the facts and circumstances stated above, PLAINTIFF has been damaged by defendant CHASE BANK in the sum of $5,00,000.

By reason of the facts and circumstances stated above, PLAINTIFF has been damaged by defendant DISCOVER CARDS in the sum of $5,00,000.

By reason of the facts and circumstances stated above, PLAINTIFF has been damaged by defendant AMERICAN EXPRESS CARDS (AMEX) in the sum of $11,00,000.

WHEREFORE, APPELLANT demands judgment against defendants in the total sum of $26,00,000 costs and disbursement's, together with any other relief the Court finds just and proper.

Dated: February 27, 2018

_Sur se kna_

Rekha S Karia (Printed)
APPELLANT
PO BOX # 2631,
POUGHKEEPSIE,
N.Y. 12601.

Neel S Karia (Printed)
APPELLANT'S SON
PO BOX # 2631,
POUGHKEEPSIE,
N.Y. 12601.

_Sworn to Before me 2/27/18_

MICHELE ANN VALENZANO
Notary Public, State of New York
No. 01VA6207869
Qualified in Dutchess County
Commission Expires June 15, 2021

CAPITAL ONE BANK
PO BOX # 71083,
CHAROLETTE,
NC 28272 – 1083

CHASE BANK
285 MAIN STREET,
POUGHKEEPSIE,
NY 12601

DISCOVER CREDIT CARD
PO BOX # 71084,
CHAROLETTE NC 28272 – 1084

AMERICAN EXPRESS CARD SERVICES
PO BOX 297846,
FT LAUDERDALE,
FL 33329

516-60

DISC 7207 - 1696 -81 1212100    -37 Gal

BAC 1826 22-25 = 1861 2c  97894

WFC 524 506.25              50001  #254.60

Chase 9182 - 1287 62 - 25 =    3207248
                                    17

Chase 7060-2008 6-66 = 1942  745  2dr6c
                              228009

CarBus 806 92765 - 30 = 897 65 # DHT95N
                                    BBB9

CITI - 1759 499 __            100 6

Amex 1595 - 40 = 1555  3120000  - 4.99
                        8130      103.5

                                  -: 10.0
                                    100

AUGUST

DISCOVER 5

 **Bank**

America's Most Convenient Bank®

E            STATEMENT OF ACCOUNT

REKHA S KARIA
PO BOX 2631
POUGHKEEPSIE NY 12603-8631

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Jul 26 2017-Aug 25 2017 |
| Cust Ref #: | 4309058190-630-E-*** |
| Primary Account #: | 430-9058190 |

DISCOVER 6

## TD Convenience Checking

REKHA S KARIA                                                    Account # 430-9058190

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 211.59 | Average Collected Balance | 235.08 |
| Deposits | 150.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 9.98 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 248.00 | Days in Period | 31 |
| Ending Balance | 103.61 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/04 | DEPOSIT | 150.00 |
| | Subtotal: | 150.00 |

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/28 | 1257 | 4.99 |
| 08/24 | 8248* | 4.99 |
| | Subtotal: | 9.98 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | ACH DEBIT, AMEX EPAYMENT ACH PMT V5698 | 40.00 |
| 08/14 | ACH DEBIT, DISCOVER PHONE PAY 7207 | 37.00 |
| 08/15 | ACH DEBIT, BK OF AM CRD ACH PAYBYPHONE  1949243 | 25.00 |
| 08/17 | ELECTRONIC PMT-TEL, CHASE CREDIT CRD EPAY ****248517 | 25.00 |
| 08/17 | ELECTRONIC PMT-TEL, WELLS FARGO CARD PHONE PYMT 500001 | 25.00 |
| 08/23 | ELECTRONIC PMT-TEL, CAPITAL ONE PHONE PYMT ****39869013974 | 30.00 |
| 08/23 | ELECTRONIC PMT-TEL, CHASE CREDIT CRD EPAY ****728029 | 66.00 |
| | Subtotal: | 248.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

SEPT                    Feb, April

DISC-7207 - 1696-81-37=1659·81    #12121602
$^{13th}$
DEC 18th 16.99%

HAC 5477 - 180122-2700=1774.22    #61126

WFC 5524 - 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=789.44    #500002
$+200.00$

WFC 4206 999.30-27.00= 972.30    #500003
$^{oct 4th}$

CHASE 9182 - 1262.62-27.00= 1235.62#
72435/1

CAP BN 1886 892.65-35=862.65    (145)
#DHT9RA988C                      (3)

CHASE 7067 1952.67-00= 325781/3136

CITI 1759 - 4-99    #7744

AMEX 01000 -    #51568    27

SEPTEMBER

DISOVER 7


**Bank**
America's Most Convenient Bank®                E        STATEMENT OF ACCOUNT

REKHA S KARIA
PO BOX 2631
POUGHKEEPSIE NY 12603-8631

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Aug 26 2017-Sep 25 2017 |
| Cust Ref #: | 4309058190-630-E-*** |
| Primary Account #: | 430-9058190 |

*DISCOVER 8*

## TD Convenience Checking

REKHA S KARIA                                                          Account # 430-9058190

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 103.61 | Average Collected Balance | 364.92 |
| Deposits | 389.88 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 795.34 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 4.99 | Days in Period | 31 |
| Electronic Payments | 651.00 | | |
| Ending Balance | 632.84 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | DEPOSIT | 150.00 |
| 09/25 | DEPOSIT | 239.88 |
| | Subtotal: | 389.88 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/30 | ATM CASH DEPOSIT, *****45094299779 | 40.00 |
| | AUT 083017 ATM CASH DEPOSIT | |
| | 703 MAIN  INNIS        POUGHKEEPSIE * NY | |
| 09/05 | ACH DEPOSIT, PAYPAL TRANSFER 4AB22A8V6AAV8 | 556.95 |
| 09/13 | ACH DEPOSIT, PAYPAL TRANSFER 4AB22A978CSKA | 198.39 |
| | Subtotal: | 795.34 |

**Checks Paid**  No. Checks: 1     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 09/25 | 1957 | 4.99 |
| | Subtotal: | 4.99 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | ACH DEBIT, AMEX EPAYMENT ACH PMT V8330 | 40.00 |
| 09/05 | TD ATM DEBIT, *****45094299779, AUT 090517 DDA WITHDRAW | 400.00 |
| | 703 MAIN  INNIS        POUGHKEEPSIE * NY | |
| 09/14 | ELECTRONIC PMT-TEL, CHASE CREDIT CRD EPAY ****595134 | 27.00 |
| 09/14 | ELECTRONIC PMT-TEL, WELLS FARGO CARD PHONE PYMT 500002 | 27.00 |
| 09/14 | ELECTRONIC PMT-TEL, WELLS FARGO CARD PHONE PYMT 500003 | 27.00 |
| 09/14 | ACH DEBIT, BK OF AM CRD ACH PAYBYPHONE 1950367 | 27.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page:          2 of 4

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ① | Ending Balance | 632.84 |
| ② | Total Deposits | + |
| ③ | Sub Total | |
| ④ | Total Withdrawals | - |
| ⑤ | Adjusted Balance | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

REKHA S KARIA

Page:                                      3 of 4
Statement Period:        Aug 26 2017-Sep 25 2017
Cust Ref #:                    4309058190-630-E-***
Primary Account #:                    430-9058190

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/25 | DEBIT POS, *****45094299779, AUT 092417 DDA PURCHASE<br>DOLLAR GENERAL  1671 RO   WAPPINGERS FA * NY | 2.00 |
| 09/25 | ACH DEBIT, CAPITAL ONE PHONE PYMT ****39879016829 | 35.00 |
| 09/25 | ELECTRONIC PMT-TEL, CHASE CREDIT CRD EPAY ****817136 | 66.00 |
| | Subtotal: | 651.00 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | MINI STMT PREAUTH, *****45094299779<br>AUT 090517 MINISTMT PREAUTH<br>703 MAIN  INNIS        POUGHKEEPSIE * NY | 0.00 |
| | Subtotal: | 0.00 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/25 | 103.61 | 09/13 | 608.95 |
| 08/30 | 143.61 | 09/14 | 500.95 |
| 09/05 | 410.56 | 09/25 | 632.84 |

DISCOVER @ 9

DISC 7207= 1696.81-70=1626.81 9

BAC 5477= 1774.22-27=1747.22   #01045

WFC 5524= 1393.44-27=1366.44   #150004

WFC 4206=974.28-27= 947.28   #150005

CHASE 9182=1235.62-27= 1208.62   #32840040C
22nd

CAPBW 1846. 862.65-35.00= 827.65   #DHT9KYDUC

CHASE 7660—1896.20-66=1830.20   #3297390066

CITI  1759— 4.99   #8989

AMEX 01000  40  = #1030
29.02

 **Bank**

America's Most Convenient Bank®

E          STATEMENT OF ACCOUNT

REKHA S KARIA
PO BOX 2631
POUGHKEEPSIE NY  12603-8631

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Sep 26 2017-Oct 25 2017 |
| Cust Ref #: | 4309058190-630-E-*** |
| Primary Account #: | 430-9058190 |



## TD Convenience Checking

REKHA S KARIA

Account # 430-9058190

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 632.84 | Average Collected Balance | 586.27 |
| Deposits | 150.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 44.99 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 319.00 | Days in Period | 30 |
| Ending Balance | 418.85 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/10 | DEPOSIT | 150.00 |
| | Subtotal: | 150.00 |

**Checks Paid**  No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 10/19 | 116 | 40.00 |
| 10/23 | 8894* | 4.99 |
| | Subtotal: | 44.99 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | ACH DEBIT, AMEX EPAYMENT ACH PMT S1548 | 40.00 |
| 10/13 | ELECTRONIC PMT-TEL, CHASE CREDIT CRD EPAY ****004400 | 27.00 |
| 10/13 | ACH DEBIT, BK OF AM CRD ACH PAYBYPHONE  1951525 | 27.00 |
| 10/13 | ELECTRONIC PMT-TEL, WELLS FARGO CARD PHONE PYMT 500004 | 27.00 |
| 10/13 | ELECTRONIC PMT-TEL, WELLS FARGO CARD PHONE PYMT 500005 | 27.00 |
| 10/13 | ACH DEBIT, DISCOVER PHONE PAY 7207 | 70.00 |
| 10/23 | ELECTRONIC PMT-TEL, CHASE CREDIT CRD EPAY ****390064 | 66.00 |
| 10/24 | ACH DEBIT, CAPITAL ONE PHONE PYMT ****39879055428 | 35.00 |
| | Subtotal: | 319.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

JULY

DISC-7252-1770.81-37      #2113913
= 1733.81

BFXS497-1853.22-27½  66806
1826.22

CHADE 982-1013.75-28
= 985.75

CAPBUS - 962.65-85-42265
7/30                    PAYBRNS8

CHASE 7660- 2064.16-66 = 1998.16
#3174415W

©11 1701- 499
Amex      1635.40= 1595 #5698

JULY

312.59
- 35
2727
- 66.0
4.99 - 171 = 00    5    ≤ 11.5
40.0

DISOUBR 11

NOU

DISC 7207 - 1626.81-37=1589.81   #17188235/

BAC .5477 - 1747.22-225 1720.22   # 53782

WFC 5524 - 1430.45-27=1408.45   #60001

JPC 4206 - 993.91-27=966.91   #60002

CHASE 9182 - 1208.62-27= 1181.62   #
#3325125515

CAP BUS 7386 527.65-300= 527.65   #DHT9KNBBCD

CHASE 7060 - 1839.75-66= 1773.75   #333792683

CITI 1759 - 4.99        #8999

AMEX 01000 - 1475.70-40
            = 1435.70 #7028

NOU

DISCOVER 12

*A minute or so to print receipt*

TROPICAL FRESH
432 MAIN ST.
POUGHKEEPSIE, NY 12603
Tel. (845) 454-720

=Sales Rece

************************************

Broccoli Crown                           1
   0.41 lb  @  $1.59 lb
CAULIFLOWER                              1
(05064) CILANTRO                         1        0.99 FN
====================================

                     Sub Total :
                   Grand Total :
                     Paid Card :
                       Change :
Total Items :    3
Date : 08/04/2017 3:57:12 PM
Invoice No . 04-08042017-00070
Cashier : CASHIER 4
          Thank you for Your Shopping

Credit Card Paid :                      4.17
VISA   XXXXXXXXXXXX9182  XX/XX
AC :091706
Entry :Chip  **BAJ   GAYB**
             **BARA**

**DISCOVER 16**

ACE ID: KZQKYY (FACILITY MANAGER/SUPERVISOR)      BOX-SECTION: 12603   08/21/2017

**** RESTRICTED INFORMATION ****   *WebBATS*

Home   Customer   Payments   Reports   Utility   KeyCounts   Tools   Links   Help   Exit

## ** RESTRICTED INFORMATION **

## Payment History by Box Number Report
### ARLINGTON
### POUGHKEEPSIE, NY 12603

08/21/2017

BATI30B1

**Box Information**

| | |
|---|---|
| Box Number | 2631 |
| Customer Number | R611-2001-8012 |
| Assigned Name | REKHA KARIA |
| Service Type | PO Box |
| Status | CLOSED |
| Group | 33 |
| Size | 1 |
| Date Started | 02/15/2017 |
| Due Date | 07/31/2017 |

| Receipt Date | Receipt Number | Description | Number of Keys | Amount | Payment Type | Voided | Received By | Entered By | Payment Source |
|---|---|---|---|---|---|---|---|---|---|
| 04/15/2017 | 9169119657709 | BOX PAYMENT | | $26.00 | CREDIT/DEBIT CARD | N | CRID-11o | CRID-11o748337 | PO BOX ONLINE |
| 02/15/2017 | 030000737382001 | BOX PAYMENT | | $26.00 | CREDIT/DEBIT CARD | N | Y86R00 | Y86R00 | POS TERMINAL |
| 02/15/2017 | 030000737382001 | KEYS DELIVERED | 2 | $0.00 | CREDIT/DEBIT CARD | N | Y86R00 | Y86R00 | POS TERMINAL |
| 02/15/2017 | 030000737382001 | INITIAL KEY DEPOSIT | 2 | $0.00 | CREDIT/DEBIT CARD | N | Y86R00 | Y86R00 | POS TERMINAL |

Page 1 of 1

DISCOVER 20

American Express
P.O. Box 297846
Ft. Lauderdale, FL 33329



www.americanexpress.com

November 3, 2017

MB 01 012066 94295 E 37 A

REKHA S KARIA
7 N GRAND AVE REAR
1
POUGHKEEPSIE NY
12603

Account Ending In: 01005

Dear REKHA S KARIA,

We received your request to add r*********a@outlook.com to your account.

The security of your account is very important to us. If the new email address is not correct or if the update was unauthorized, please call the number on the back of your Card. If this request is authorized, you do not have to take any action.

Thank you for choosing American Express.

American Express Customer Care

ATMEX 15

DEC

18o

CAP BUS-1886 - 522.68 #DHT9K/1B2CF
{    11              CG

BAC - 0988 -610-30= 580  #12 0217D45

D18C - 7207 - 1589.81 -37 = 1552.81
                        #29602216

OAC - 5477 - 1720.22-30 = 1690.22
                        #22511

WFC - 8524 - 1208.44-30 = 1178.44
                        #500006

WFC - 4206 - 976.98 - 30 = 946.98
                        #500007

CHASE 9182 - 1181.62-30 = 1151.62
                        #336849728

CAP BUS 1886 - 2 -      #DHT9KNBBCH

CHASE 7070 - 1782.87-66 = 1716.87
                        #357 8945839

CITI - 1759 - 4.99  #4959

AMEX - 02003 - 1001.98 NOT DUE #5622

AMEX - 01000 - 1435-70 - 40 = 1385.70

AMEX 18

JAN 2018

BAC ~0938-DEC-38-0901201 8AB

0938-JAN-53-0901201 8AB (APRIL)

DISC-7207-1552-81-37= 1515.81
#151240540

BAC-5477-1690.22-30=1660.22 #59209

WFC-5524-1423-16-30= 1393-16 #500008

WFC-4206-969.28-30= 939.28
CHASE-982-1151-62-30= 1121.62 #500009

CHASE-7060-1725.63-66=1659.63   #3407401663
                                #3408307672

CITI-1354- 4.99 # 2236

AMEX - 02003 - $500pmt   $8018

AMEX - 02008   $36   $8152
       01000

$832.48

AMEX 19

FEB

D WC - 7207 - 1538-57-43       E4   #17 1160014
                    = 1495-57

BAC 0938 - 1628-25 -30   #A020618M
                    = 1603.25

        5477- 1660-22-30=1630.22#B2001

WBC -5524 - 1345-30=1315

WBC- 4206 - 944.19-30=914.19   #500010

CHASE 982-1162-30=1091.62    #500011

CHAM-7060-1668-20-66=1602.20   #3449396454

CITI~1759 - 4.99-#2130    #3449397823

AMEX -02008-35-1408=1366#8008

AMEX- 02003-1757-600=1157   #0120



AMEx 20

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
REKHA S. KARIA and NEEL S. KARIA,    :
                Plaintiffs,    :
                                     :
v.    :
                                     :
CAPITAL ONE; CHASE BANK; DISCOVER    :
CARDS; and AMERICAN EXPRESS,    :
                Defendants.    :
-----------------------------------------------------------x



**ORDER**

18 CV 3703 (VB)

On March 1, 2018, plaintiffs filed a Summons and Complaint in Supreme Court, Kings County. On April 27, 2018, defendant Chase Bank USA, N.A. ("Chase") removed the case to this Court. (Doc. #1).

28 U.S.C. Section 1441 states, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

As this action was brought in a state court located in the Eastern District of New York, removal to the Southern District of New York was improper.

Chase contends that although the action was originally commenced in Kings County, it is properly removed to the Southern District of New York because plaintiffs reside in Poughkeepsie, New York, and none of the defendants is a citizen of New York.

The Court may not disregard the plain language of Section 1441, which allows removal only "to the district court of the United States for the district and division embracing the place where such action is pending."

1

When "a case lay[s] venue in the wrong division or district, [a court] shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

The Court finds it is in the interest of justice to transfer this case.

The Clerk is instructed to transfer this case to the United States District Court for the Eastern District of New York.

Dated: April 27, 2018
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge